**DEFAULT O/E JAD**

## UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Ryan E. Ross
       Valerie J. Ross

               Debtors

BK. NO. 16-70706 JAD

Harley-Davidson Credit Corp

               Movant

CHAPTER 13

       v.

Ryan E. Ross
Valerie J. Ross

Related to Docket #__28_____

               Respondent

           and

Ronda  J. Winnecour, Trustee

               Additional Respondent

### ORDER MODIFYING SECTION 362 AUTOMATIC STAY

         AND NOW, this 7th day of Feby , 2017, at Pittsburgh, upon Motion of Harley-Davidson Credit Corp, it is

         **ORDERED THAT:** The Automatic Stay is hereby terminated under 11 U.S.C. Sections 362(d) and 1301 (if applicable) as to Movant to permit said creditor, its successors an/or assigns to take possession and sell, lease, and otherwise dispose of the 2012 HARLEY-DAVIDSON FLHTCU UL CLSC EL GLIDE, VIN: 1HD1FCM15CB695283,  in a commercially reasonable manner.

_____
United States Bankruptcy Judge
**JEFFERY A. DELLER**

cc: See attached service list:

FILED
2/7/17 2:55 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any secured claim that is secured by the subject property, unless directed otherwise by further Order of Court.

Ryan E. Ross
500 Locust Street
Indiana, PA 15701

Valerie J. Ross
500 Locust Street
Indiana, PA 15701

Richard G. Allen
132 Gazebo Park
#150
Johnstown, PA 15901
ecf@johnstownbankruptcy.com

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

KML Law Group, P.C.
BNY Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 16-70706-JAD
Ryan E. Ross                                                            Chapter 13
Valerie J. Ross
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: lfin          Page 1 of 1          Date Rcvd: Feb 07, 2017
                             Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 09, 2017.
db/jdb          +Ryan E. Ross,   Valerie J. Ross,   500 Locust Street,   Indiana, PA 15701-3022

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2017                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 7, 2017 at the address(es) listed below:
          David W. Raphael    on behalf of Creditor   S&T Bank draphael@grenenbirsic.com,
           mcupec@grenenbirsic.com
          James  Warmbrodt    on behalf of Creditor   Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Richard G. Allen    on behalf of Debtor Ryan E. Ross ecf@johnstownbankruptcy.com,
           mybestcaseecfmail@gmail.com
          Richard G. Allen    on behalf of Joint Debtor Valerie J. Ross ecf@johnstownbankruptcy.com,
           mybestcaseecfmail@gmail.com
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                            TOTAL: 6