**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **Ryan E. Ross and** | : | **Case No. 16-70706-JAD** |
| **Valerie J. Ross** | : | |
| **Debtors** | : | **Chapter 13** |
| _____ | : | |
| **Ryan E. Ross and** | : | |
| **Valerie J. Ross** | : | **Docket No. 34** |
| **Movants** | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **S&T Bank** | : | |
| **Respondent** | : | |
| | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON DEBTORS' OBJECTION TO PROOF OF CLAIM NUMBER THREE**

TO THE RESPONDENT:

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **April 28th, 2017**, i.e., seventeen (17) days or more after the date of service below, in accordance with the Federal Rules Of Bankruptcy Procedure, Local Rules And Procedures of this Court, and the procedure of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.  If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.  Please refer to the Judge's calendar posted on the website at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this to your lawyer at once.

      A hearing will be held on **May 5th, 2017, at 10:00 a.m.** before Judge Deller in Courtroom B, First Floor Penn Traffic Building, 319 Washington Street, Johnstown, Pennsylvania 15901*. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court.  An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

| | |
|---|---|
| Date:  April 10th, 2017 | Respectfully Submitted |
| | /s/ Richard G. Allen, Esq. |
| | Richard G. Allen |
| | PA I.D. #304865 |
| | Law Offices of Richard G. Allen |
| | 43 West Market Street, P.O. Box 434 |
| | Blairsville, PA 15717 |
| | (814) 240-1013 (P) |
| | (814) 806-2754 (F) |
| | Email:  richarda@johnstownbankruptcy.com |
| | Attorney for Debtors |

    \* **NOTE: Video Conferencing equipment has been installed in Courtroom B in Johnstown, Pennsylvania and also in Courtroom in Pittsburgh, Pennsylvania. Attorneys may appear at either Courtroom B in Johnstown, or Courtroom D in Pittsburgh.**