**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **Ryan E. Ross and** | : | Case No. 16-70706-JAD |
| **Valerie J. Ross** | : | |
| **Debtors** | : | Chapter 13 |
| _____ | : | |
| **Ryan E. Ross and** | : | |
| **Valerie J. Ross** | : | Docket No. 35 |
| **Movants** | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **S&T Bank** | : | |
| **Respondent** | : | |

**CERTIFICATE OF SERVICE OF OBJECTION TO PROOF OF CLAIM NUMBER THREE AND NOTICE OF HERING WITH RESPONSE DEADLINE**

I hereby certify that on the 10th day of April 2017, I served one true and correct copy of Debtor's Objection to Proof of Claim Number Three (with proposed Order) and the Notice of Hearing With Response Deadline on the following parties in interest by United States first-class mail, postage prepaid, addressed as follows:

**Joseph S. Sisca, Esquire**
**Assistant U.S. Trustee**
**Suite 970, Liberty Center**
**1001 Liberty Avenue**
**Pittsburgh PA. 15222**

**Ronda J. Winnecour, Esq.**
**Chapter 13 Trustee, W.D. PA.**
**U.S. Steel Tower – Suite 3250**
**600 Grant Street**
**Pittsburgh, PA 15219**

**Ryan E. Ross and**
**Valerie J. Ross**
**500 Locust Street**
**Indiana, PA 15701**

**S&T Bank**
**c/o David W. Raphael, Esquire**
**GRENEN & BIRSIC, P.C.**
**One Gateway Center, 9th Floor**
**Pittsburgh, PA  15222**

| | |
|---|---|
| EXECUTED ON: <u>April 11th, 2017</u> | Respectfully Submitted |
| | <u>/s/ Richard G. Allen, Esq.</u> |
| | Richard G. Allen |
| | PA I.D. #304865 |
| | Law Offices of Richard G. Allen |
| | 43 West Market Street, P.O. Box 434 |
| | Blairsville, PA 15717 |
| | (814) 240-1013 (P) |
| | (814) 806-2754 (F) |
| | Email: |
| | richarda@johnstownbankruptcy.com |
| | Attorney for Debtors |