# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

|  |  |  |
|---|---|---|
| **Debtor:** | RYAN E. & VALERIE J. ROSS | |
| **Case Number:** | 16-70706-JAD | **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, APRIL 27, 2017 11:30 AM   3251 US STEEL | |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE | |

FILED
5/1/17 1:58 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#10 - Final Confirmation of Plan Dated 10/10/2016 (NFC)
R / M #:  10 / 0

### *Appearances:*

Allen

Debtor:
Trustee: Winnecour / Bedford / (Pail) / Katz

Raphael - S & T Bank

Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to _6/29/17_ at _1:30_.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

4/20/2017   1:54:32PM