# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Ryan E. Ross and** | : | **Case No. 16-70706-JAD** |
| **Valerie J. Ross** | : | |
| **Debtors** | : | **Chapter 13** |
| _____ | : | |
| **Ryan E. Ross and** | : | |
| **Valerie J. Ross** | : | **Docket No. 39** |
| **Movants** | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **S&T Bank** | : | |
| **Respondent** | : | |

## CERTIFICATE OF SERVICE OF DEBTOR'S MOTION TO WITHDRAW OBJECTION TO PROOF OF CLAIM NUMBER THREE

I hereby certify that on the 4th day of May, 2017, I served one true and correct copy of Debtor's Motion to Withdraw Objection to Proof of Claim Number Three on the following parties in interest by electronic mail and U.S. Mail.

**Office of the United States Trustee**
ustpregion03.pi.ecf@usdoj.gov

**Ronda J. Winnecour, Chapter 13 Trustee**
cmecf@chapter13trusteewdpa.com

**S&T Bank, represented by**

**David W. Raphael**

draphael@grenenbirsic.com


**Ryan E. Ross and Valerie J. Ross**

**500 Locust Street**

**Indiana, PA 15701**


| | |
|---|---|
| EXECUTED ON: **May 4th, 2017** | Respectfully Submitted |
| | **/s/ Richard G. Allen, Esq.** |
| | Richard G. Allen |
| | PA I.D. #304865 |
| | Law Offices of Richard G. Allen |
| | P.O. Box 434, 43 West Market Street |
| | Blairsville, PA 15717 |
| | (814) 240-1013 (P) |
| | (814) 806-2754  (F) |
| | Email:  richarda@johnstownbankruptcy.com |
| | Attorney for Debtors |