# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Ryan E. Ross and** | : | Case No. 16-70706-JAD |
| **Valerie J. Ross** | : | |
| **Debtors** | : | **Chapter 13** |
| _____ | : | |
| **Ryan E. Ross and** | : | |
| **Valerie J. Ross** | : | Docket No. 38 |
| **Movants** | : | Related To Doc. # 33 |
| | : | |
| **vs.** | : | |
| | : | |
| **S&T Bank** | : | |
| **Respondent** | : | |

## ORDER OF COURT

AND NOW, on this  4th   day of  May        , 2017, having considered Debtor's Motion to Withdraw Objection to Proof of Claim Number Three, IT IS ORDERED that the Debtor's Objection to Proof of Claim Number Three is Denied as withdrawn and the hearing scheduled for May 5th at 10:00 AM is hereby CANCELLED as moot.

BY THE COURT:

_____jsf
**JEFFERY A. DELLER**, CHIEF JUDGE
UNITED STATES BANKRUPTCY COURT

FILED
5/4/17 2:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Ryan E. Ross
Valerie J. Ross
     Debtors

Case No. 16-70706-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-7     User: lfin     Page 1 of 1     Date Rcvd: May 04, 2017
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2017.
db/jdb       +Ryan E. Ross,    Valerie J. Ross,    500 Locust Street,    Indiana, PA 15701-3022

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2017                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2017 at the address(es) listed below:
         David W. Raphael    on behalf of Creditor    S&T Bank draphael@grenenbirsic.com, mcupec@grenenbirsic.com
         James Warmbrodt    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Richard G. Allen    on behalf of Debtor Ryan E. Ross ecf@johnstownbankruptcy.com, mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com
         Richard G. Allen    on behalf of Joint Debtor Valerie J. Ross ecf@johnstownbankruptcy.com, mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         TOTAL: 6