# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

**Debtor:** RYAN E. & VALERIE J. ROSS
**Case Number:** 16-70706-JAD    **Chapter:** 13
**Date / Time / Room:** THURSDAY, JUNE 29, 2017 01:30 PM    3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
7/3/17 1:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#10 - Continued Confirmation of Plan Dated 10/10/2016 (NFC)
R / M #: 10 / 0

### *Appearances:*

Allen

Debtor:
Trustee: Winnecour / Bedford / (Pail) Katz
Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. __X__ An Amended Plan is to be served on all creditors and certificate of service filed by 7/21/17.
   Objections are due on or before 8/11/17.
   A hearing on the Amended Plan is set for 8/24/17 at 2:30.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

6/22/2017   11:18:46AM