# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Ryan E. Ross, and** | : | **Case No. 16-70706-JAD** |
| **Valerie J. Ross** | : | |
| | : | |
| **Debtors** | : | **Chapter 13** |
| _____ | : | |
| **Ryan E. Ross, and** | : | |
| **Valerie J. Ross** | : | |
| | : | |
| **Movant** | : | |
| | : | |
| vs. | : | |
| | : | |
| **S&T Bank** | : | |
| **Indiana County Tax Claims Bureau** | : | |
| **Bank of America NA** | : | |
| | : | |
| **Respondents** | : | |
| **And** | : | |
| | : | |
| **Ronda J. Winnecour, Esq.** | : | |
| **Chapter 13 Trustee** | : | |
| | : | |
| **Additional Respondent** | : | |

**CERTIFICATE OF SERVICE OF ORDER Dated July 3rd, 2017 (Document No. 42), and AMENDED CHAPTER 13 PLAN**

I, Richard G. Allen, Esq., Principal Attorney for the Law Offices of Richard G. Allen certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years old of age and that on the 21st day of July, 2017, I served a copy of the within *Order* together with the *Amended Plan* filed in this proceeding by First-Class Mail. U.S. Postage paid on the Parties below:

    **Ronda J. Winnecour, Esq.**
    **Suite 3250, USX Tower**
    **600 Grant Street**
    **Pittsburgh, PA 15219-2702**

**Office of the United States Trustee**
**Liberty Center.**
**1001 Liberty Avenue, Suite 970**
**Pittsburgh, PA 15222-3721**

**Ryan E. Ross and Valerie J. Ross**
**500 Locust Street**
**Indiana, PA 15701**

**S&T Bank**
**c/o David W. Raphael, Esquire**
**GRENEN & BIRSIC, P.C.**
**One Gateway Center, 9th Floor**
**Pittsburgh, PA  15222**

**Indiana Tax Claim Bureau**
**825 Philadelphia Street**
**Indiana, PA 15701**

| | |
|---|---|
| Executed on July 21st, 2017 | **/s/ Richard G. Allen, Esquire** |
| | Richard G. Allen, Esquire |
| | P.O. Box 434, Blairsville, PA 15717 |
| | PA ID #   304865 |
| | (814) 240-1013 (phone) |
| | (814) 806-2754 (fax) |
| | richarda@johnstownbankruptcy.com |
| | Attorney for Debtors |