**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | ) BANKRUPTCY CASE NO. 16-70706-JAD |
| Ryan E. Ross & Valerie J. Ross, | ) CHAPTER 13 |
| Debtors. | ) RELATED TO DOCKET NO. 20 |
| S&T Bank, | ) Doc. # 47 |
| Objecting Party, | ) |
| vs. | ) |
| Ryan E. Ross & Valerie J. Ross, Debtor; and Ronda J. Winnecour, Trustee; | ) |
| Respondents. | ) |

**ORDER OF COURT**

AND NOW, this  25th  day of  July , 20 17 , upon consideration of the Withdrawal of Objections to Confirmation of Chapter 13 Plan, filed on behalf of S&T Bank, it is hereby ORDERED, ADJUDGED, and DECREED that the Objections to Confirmation of Chapter 13 Plan are WITHDRAWN.

BY THE COURT:

_____ jsf
Jeffery A. Deller
Chief U.S. Bankruptcy Judge

FILED
7/25/17 11:34 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                   Case No. 16-70706-JAD
Ryan E. Ross                                                             Chapter 13
Valerie J. Ross
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: lfin                    Page 1 of 1                  Date Rcvd: Jul 25, 2017
                              Form ID: pdf900               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2017.
db/jdb          +Ryan E. Ross,    Valerie J. Ross,    500 Locust Street,    Indiana, PA 15701-3022

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2017 at the address(es) listed below:
      David W. Raphael    on behalf of Creditor    S&T Bank draphael@grenenbirsic.com,
       mcupec@grenenbirsic.com
      James  Warmbrodt    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Richard G. Allen    on behalf of Debtor Ryan E. Ross ecf@johnstownbankruptcy.com,
       mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com
      Richard G. Allen    on behalf of Joint Debtor Valerie J. Ross ecf@johnstownbankruptcy.com,
       mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                   TOTAL: 6