UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

**Debtor:** RYAN E. & VALERIE J. ROSS
**Case Number:** 16-70706-JAD          **Chapter:** 13

**Date / Time / Room:** FRIDAY, JULY 27, 2018   11:00 AM   COURTROOM B

**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** JEFF FURIS
**Reporter / ECR:** N/A

## Matter:

Objection To Notice of Post-Petition Fees, Expenses and Charges at Claim #4 filed by Ronda J. Winnecour, Chapter 13 Trustee
- Response Filed by S & T Bank on 6/11/18 at Doc. # 58
**R / M #:** 55 / 0

## Appearances:

TRUSTEE: WINNECOUR / KATZ / PAIL  /D:/am
DEBTOR(S): Richard G. Allen, Esq.
CREDITOR: David W. Raphael, Esq.

## Proceedings:

___ Motion is GRANTED / DENIED
___ Special Type Of Order:
✓ CONTINUE MATTER: 30
   ✓ For At Least _____ Days (Court To Issue Scheduling Order)
   ___ To Hearing Date Of _____ at _____ AM/PM at _____
   ___ To Conciliation Conference For _____ at
   _____ AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
   ___ Evidentiary Hearing On Value And Cram-Down Interest
   ___ Complex / Pretrial Order - NONJURY / JURY
   ___ Simple / Pretrial Order - NONJURY / JURY
   ___ Parties To Undertake Discovery - Discovery Period: _____ days
___ SETTLEMENT STIPULATION IS DUE _____
___ OTHER:

- o/e 7/27/2018 setting continued hearing

FILED
7/27/18 1:19 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge