IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| RYAN E. ROSS AND VALERIE J. ROSS, | : Bankruptcy No. <u>16-70706-JAD</u> |
| | : |
| Debtor(s). | : Chapter 13 |
| | : |
| *********************************************** | : |
| RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE, | : |
| Movant(s), | : |
| v. | : Document Nos. 53 and 55 |
| S & T BANK, | : |
| Respondent(s). | : |

## ORDER

AND NOW, this **27th** day of **July, 2018**, a hearings having been held on July 27, 2018 on the *Trustee's Objection To Notice of Post Petition Mortgage Fees, Expenses and Charges At Claim No. 3* filed at Doc. # 53 and *Trustee's Objection To Notice of Post Petition Montage Fees, Expenses and Charges At Claim No. 4* filed at Doc. # 55,

It is hereby **ordered** that the hearing on said matters is **continued** to **August 24, 2018**, at 11:00 AM in Courtroom B, First Floor Penn Traffic Building, 319 Washington Street, Johnstown, Pennsylvania 15901 *.

                                                                                        jsf
                                                    _____
                                                    **JEFFERY A. DELLER**
                                                    Chief U.S. Bankruptcy Judge

**CASE ADMINISTRATOR TO SERVE:**

Debtors
Richard Allen, Esq.
David W. Raphael, Esq.
Ronda J. Winnecour, Esq.

NOTE: Video Conferencing equipment has been installed in Courtroom B in Johnstown, Pennsylvania and also in Courtroom D in Pittsburgh, Pennsylvania. Counsel can appear before the Court in either location.

00024682

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Ryan E. Ross  
Valerie J. Ross  
     Debtors

Case No. 16-70706-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-7      User: amaz      Page 1 of 1      Date Rcvd: Jul 27, 2018  
                     Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2018.  
db/jdb         +Ryan E. Ross,    Valerie J. Ross,    500 Locust Street,    Indiana, PA 15701-3022

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2018                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2018 at the address(es) listed below:  
         David W. Raphael    on behalf of Creditor    S&T Bank draphael@grenenbirsic.com, mcupec@grenenbirsic.com  
         James Warmbrodt    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Richard G. Allen    on behalf of Debtor Ryan E. Ross ecf@johnstownbankruptcy.com, mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com  
         Richard G. Allen    on behalf of Joint Debtor Valerie J. Ross ecf@johnstownbankruptcy.com, mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                            TOTAL: 6