**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | ) BANKRUPTCY CASE NO. 16-70706-JAD |
| | ) |
| Ryan E. Ross and Valerie J. Ross, | ) CHAPTER 13 |
| | ) |
| Debtors. | ) RELATED TO DOCKET NO. 53 AND |
| | ) CLAIM NO. 3 |
| Ronda J. Winnecour, | ) |
| | ) |
| Movant, | ) |
| | ) |
| vs. | ) |
| | ) |
| S&T Bank, | ) |
| | ) |
| Respondent. | ) |

## CONSENT ORDER

AND NOW, this _____ day of _____, 2018, upon consent and agreement between S&T Bank, and Ronda Winnecour, Chapter 13 Standing Trustee for the Western District of Pennsylvania, it is hereby ORDERED and DECREED as follows:

1. The Objections filed on May 18, 2018 at Doc No. 53 by the Chapter 13 Trustee to the Notice of Post-Petition Mortgage Fees, Expenses and Charges filed by S&T Bank on May 30, 2017 at Court Claim No. 3 are hereby withdrawn; and

2. The Notice of Post-Petition Mortgage Fees, Expenses and Charges filed on May 30, 2017 by S&T Bank at Court Claim No. 3 in the total amount of $1,840.96 is hereby amended and decreased to the total amount of $1,265.96. The differential amount of $575.00 is hereby deemed stricken and disallowed; and

3. S&T Bank agrees that within sixty (60) days upon completion of the Debtors' Chapter 13 Plan, it will provide a copy of the loan history to the Chapter 13 Trustee reflecting the removal of the aforementioned $575.00 in fees and costs from the loan, and a notarized affidavit of an officer of S&T Bank reflecting the same.

4. The Debtor shall not be charged fees or costs incurred by S&T Bank associated with this Consent Order.

BY THE COURT:

_____
Jeffery A. Deller
Chief U.S. Bankruptcy Judge

Consented to by:

 /s/ Ronda J. Winnecour

Ronda J. Winnecour, Trustee
PA ID #30399
Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
412-471-5566
cmecf@chapter13trusteewdpa.com

 /s/ David W. Raphael

David W. Raphael, Esquire
Counsel for S&T Bank
PA ID #200598
Grenen & Birsic, PC
One Gateway Center, 9th Floor
Pittsburgh, PA  15222
draphael@grenenbirsic.com