UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

| | |
|---|---|
| Debtor: | RYAN E. & VALERIE J. ROSS |
| Case Number: | 16-70706-JAD    Chapter: 13 |
| Date / Time / Room: | FRIDAY, AUGUST 24, 2018 11:00 AM  COURTROOM B |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | JEFF FURIS |
| Reporter / ECR: | N/A |

## Matter:

Continued Objection To Notice of Post-Petition Fees, Expenses and Charges at Claim # 3 filed by Ronda J. Winnecour, Chapter 13 Trustee
- Response Filed by S & T Bank on 6/11/18 at Doc. # 57
- Hearing Held 7/27/2018 - Continued To 8/24/2018
R / M #:  53 / 0

## Appearances:

TRUSTEE: WINNECOUR / KATZ / PAIL
DEBTOR(S): Richard Allen, Esq.
CREDITOR: David W. Raphael, Esq.

## Proceedings:

___ Motion is GRANTED  /  DENIED
_____ Special Type Of Order:
_____ CONTINUE MATTER:
    _____ For At Least _____ Days (Court To Issue Scheduling Order)
    _____ To Hearing Date Of _____ at _____ AM/PM at
    _____ To Conciliation Conference For _____ at
            _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
    _____ Evidentiary Hearing On Value And Cram-Down Interest
    _____ Complex / Pretrial Order - NONJURY  /  JURY
    _____ Simple / Pretrial Order - NONJURY  /  JURY
    _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
  ✓  OTHER:  Enter Stipulations

FILED
8/28/18 12:36 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge