UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

### Conciliation Conference:

| | |
|---|---|
| Debtor: | RYAN E. & VALERIE J. ROSS |
| Case Number: | 16-70706-JAD    Chapter: 13 |
| Date / Time / Room: | FRIDAY, AUGUST 24, 2018 11:00 AM COURTROOM B |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | JEFF FURIS |
| Reporter / ECR: | N/A |

### Matter:

Continued Objection To Notice of Post-Petition Fees, Expenses and Charges at Claim #4 filed by Ronda J. Winnecour, Chapter 13 Trustee
- Response Filed by S & T Bank on 6/11/18 at Doc. # 58
- Hearing Held 7/27/2018 - Continued To 8/24/2018
R / M #: 55 / 0

### Appearances:

TRUSTEE: WINNECOUR / KATZ / PAIL /O. Simm.
DEBTOR(S): ~~Richard G. Allen,~~ Esq.
CREDITOR: David W. Raphael, Esq.

### Proceedings:

___ Motion is GRANTED / DENIED
___ Special Type Of Order:
___ CONTINUE MATTER:
    ___ For At Least ___ Days (Court To Issue Scheduling Order)
    ___ To Hearing Date Of _____ at _____ AM/PM at
    ___ To Conciliation Conference For _____ at _____ AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
    ___ Evidentiary Hearing On Value And Cram-Down Interest
    ___ Complex / Pretrial Order - NONJURY / JURY
    ___ Simple / Pretrial Order - NONJURY / JURY
    ___ Parties To Undertake Discovery - Discovery Period: ___ days
___ SETTLEMENT STIPULATION IS DUE _____
✓ OTHER: Entr Stipulation.

FILED
8/28/18 12:36 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge