**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **Ryan E. Ross and** | : | **Case No. 16-70706-JAD** |
| **Valerie J. Ross** | : | |
| **Debtors** | : | **Chapter 13** |
| _____ | : | |
| **Ryan E. Ross and** | : | |
| **Valerie J. Ross** | : | **Docket No. 70** |
| **Movants** | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **S&T Bank** | : | |
| **Respondent** | : | |

**CERTIFICATE OF SERVICE OF MOTION FOR LATE ENTRY INTO LOS MITIGATION**

I hereby certify that on the 28th day of August 2018, I served one true and correct copy of Debtors' Motion for Late Entry Into Loss Mitigation (with proposed Order) on the following parties in interest by United States first-class mail, postage prepaid, and electronic mail (where signified) addressed as follows:

**Office of the United States Trustee**
ustpregion03.pi.ecf@usdoj.gov

**Ronda J. Winnecour, Chapter 13 Trustee**
cmecf@chapter13trusteewdpa.com

**Ryan E. Ross and**
**Valerie J. Ross**
**500 Locust Street**
**Indiana, PA 15701**

**S&T Bank**
**c/o David W. Raphael, Esquire**
**GRENEN & BIRSIC, P.C.**
**One Gateway Center, 9th Floor**
**Pittsburgh, PA  15222**

EXECUTED ON: <u>August 28th, 2018</u>

Respectfully Submitted
<u>/s/ Richard G. Allen, Esq.</u>
Richard G. Allen
PA I.D. #304865
Law Offices of Richard G. Allen
43 West Market Street, P.O. Box 434
Blairsville, PA 15717
(814) 240-1013 (P)
(814) 806-2754 (F)
Email:
[richarda@johnstownbankruptcy.com](mailto:richarda@johnstownbankruptcy.com)
Attorney for Debtors