# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) BANKRUPTCY CASE NO. 16-70706-JAD |
| | ) |
| Ryan E. Ross & Valerie J. Ross, | ) CHAPTER 13 |
| | ) |
| Debtors. | ) RELATED TO DOCKET 68 & 69 |
| | ) |
| Ronda J. Winnecour, | ) |
| | ) |
| Movant, | ) |
| | ) |
| vs. | ) |
| | ) |
| S&T Bank, | ) |
| | ) |
| Respondents. | ) |

**CERTIFICATE OF SERVICE OF SIGNED CONSENT ORDER REGARDING THE OBJECTIONS TO NOTICE OF POST-PETITION FEES**

    I certify under penalty of perjury that I have served the above captioned pleadings on the parties at the addresses specified below or on the attached list on   August 29  , 20 18  .

    The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was Either First Class Mail and/or Electronic Notification.

**SERVICE BY FIRST CLASS MAIL**
Ryan E. & Valerie J. Ross, Debtors
500 Locust Street
Indiana, PA  15701

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA  15219
E-mail:  cmecf@chapter13trusteewdpa.com

**SERVICE BY ELECTRONIC NOTIFICATION**
Richard G. Allen, Esquire
Law Offices of Richard G. Allen
P O Box 434
43 West Market Street
Blairsville, PA  15901
E-mail:  ecf@johnstownbankruptcy.com

U.S. Trustee
Office of the U.S. Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222
E-mail:  ustpregion03.pi.ecf@usdoj.gov


Dated:   8/29/18                         By:        /s/ David W. Raphael
                                                David W. Raphael, Esquire
                                                PA ID No. 200598
                                                Attorney for S&T Bank
                                                One Gateway Center, 9th Floor
                                                Pittsburgh, PA  15222
                                                412-281-7650
                                                E-mail:  draphael@grenenbirsic.com