**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | ) BANKRUPTCY CASE NO. 16-70706-JAD |
| Ryan E. Ross and Valerie J. Ross, | ) CHAPTER 13 |
| Debtors. | ) RELATED TO DOCKET NO. 53 AND ) CLAIM NO. 3 |
| Ronda J. Winnecour, | ) |
| Movant, | ) Doc. # 63 |
| vs. | ) |
| S&T Bank, | ) |
| Respondent. | ) |

**CONSENT ORDER**

AND NOW, this  28th  day of  August , 20<u>18</u>, upon consent and agreement between S&T Bank, and Ronda Winnecour, Chapter 13 Standing Trustee for the Western District of Pennsylvania, it is hereby ORDERED and DECREED as follows:

1. The Objections filed on May 18, 2018 at Doc No. 53 by the Chapter 13 Trustee to the Notice of Post-Petition Mortgage Fees, Expenses and Charges filed by S&T Bank on May 30, 2017 at Court Claim No. 3 are hereby withdrawn; and

2. The Notice of Post-Petition Mortgage Fees, Expenses and Charges filed on May 30, 2017 by S&T Bank at Court Claim No. 3 in the total amount of $1,840.96 is hereby amended and decreased to the total amount of $1,265.96. The differential amount of $575.00 is hereby deemed stricken and disallowed; and

3. S&T Bank agrees that within sixty (60) days upon completion of the Debtors' Chapter 13 Plan, it will provide a copy of the loan history to the Chapter 13 Trustee reflecting the removal of the aforementioned $575.00 in fees and costs from the loan, and a notarized affidavit of an officer of S&T Bank reflecting the same.

4. The Debtor shall not be charged fees or costs incurred by S&T Bank associated with this Consent Order.

BY THE COURT:

FILED
8/28/18 12:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

jsf

Jeffery A. Deller
Chief U.S. Bankruptcy Judge

Consented to by:


 /s/ Ronda J. Winnecour

Ronda J. Winnecour, Trustee
PA ID #30399
Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
412-471-5566
cmecf@chapter13trusteewdpa.com



 /s/ David W. Raphael

David W. Raphael, Esquire
Counsel for S&T Bank
PA ID #200598
Grenen & Birsic, PC
One Gateway Center, 9th Floor
Pittsburgh, PA  15222
draphael@grenenbirsic.com

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 16-70706-JAD
Ryan E. Ross                                                            Chapter 13
Valerie J. Ross
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: lfin            Page 1 of 1              Date Rcvd: Aug 28, 2018
                              Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2018.
db/jdb          +Ryan E. Ross,    Valerie J. Ross,    500 Locust Street,    Indiana, PA 15701-3022

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2018 at the address(es) listed below:
          David W. Raphael    on behalf of Creditor    S&T Bank draphael@grenenbirsic.com,
           mcupec@grenenbirsic.com
          James Warmbrodt    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Richard G. Allen    on behalf of Debtor Ryan E. Ross ecf@johnstownbankruptcy.com,
           mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com
          Richard G. Allen    on behalf of Joint Debtor Valerie J. Ross ecf@johnstownbankruptcy.com,
           mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6