IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Ryan E. Ross and | : | Bankruptcy No. 16-70706-JAD |
| Valerie J. Ross | : | |
| Debtors | : | |
| | : | |
| | : | |
| Valerie J. Ross | : | Chapter 13 |
| Movant | : | |
| v. | : | |
| Diamond Drugs, Inc. | : | |
| 645 Kolter Drive | : | |
| Indiana, PA 15701 | : | |
| Respondent | | |

## CERTIFICATE OF SERVICE OF ORDER GRANTING ATTACHMENT OF WAGES AND LOCAL FORM NO. 12

I, Richard G. Allen, Esq., Principal Attorney for the Law Offices of Richard G. Allen certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 4th day of March, 2019, a true and correct copy of the Order dated March 4th, 2019, together with the above Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

Diamond Drugs, Inc.
645 Kolter Drive
Indiana, PA 15701

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

| | |
|---|---|
| Executed on March 4th, 2019 | Respectfully Submitted |
| | /s/ Richard G. Allen, Esq. |
| | Richard G. Allen |
| | PA I.D. #304865 |
| | Law Offices of Richard G. Allen |
| | P.O. Box 434 |
| | Blairsville, PA 15717 |
| | (814) 240-1013 (P) |
| | (814) 806-2754 (F) |
| | Email:  richarda@johnstownbankruptcy.com |
| | Attorney for Debtors |