IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | Ryan E. Ross and Valerie J. Ross | : | **DEFAULT O/E JAD** |
| | Debtors | : | Bankruptcy No. 16-70706-JAD |
| | | : | Chapter 13 |
| | Ryan E. Ross and Valerie J. Ross | : | Related To Doc. No. 81 |
| | Movants | : | |
| | v. | : | |
| | S&T Bank | : | |
| | Respondent | : | |

**ORDER**

A *Loss Mitigation Order* dated September 13, 2018, was entered in the above matter at Document No. 74. On January 14, 2019, a *Motion to Extend the Loss Mitigation Period* was filed by Movants, Ryan E. Ross and Valerie J. Ross, at Document No. 77. An Order, extending the Loss Mitigation Period was entered on January 25, 2019 at Document No. 79.

A further *Motion to Extend the Loss Mitigation Period* was filed by Movants, Ryan E. Ross and Valerie J. Ross, at Document No. 81.

AND NOW, this 8th day of March, 2019, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is further *extended up to and including April 8, 2019*.

Jeffery A. Deller
United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
Ryan E. and Valerie J. Ross
Richard G. Allen, Esquire
S&T Bank c/o David W. Raphael, Esquire
Ronda J. Winnecour, Esquire
Office of United States Trustee

FILED
3/8/19 10:40 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Ryan E. Ross  
Valerie J. Ross  
     Debtors

Case No. 16-70706-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-7     User: lfin     Page 1 of 1     Date Rcvd: Mar 08, 2019  
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2019.  
db/jdb        +Ryan E. Ross,    Valerie J. Ross,    500 Locust Street,    Indiana, PA 15701-3022

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2019                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2019 at the address(es) listed below:

         David W. Raphael    on behalf of Creditor    S&T Bank draphael@grenenbirsic.com, mcupec@grenenbirsic.com  
         James Warmbrodt    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Richard G. Allen    on behalf of Debtor Ryan E. Ross ecf@johnstownbankruptcy.com, mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com  
         Richard G. Allen    on behalf of Joint Debtor Valerie J. Ross ecf@johnstownbankruptcy.com, mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                           TOTAL: 6