**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Ryan E. Ross and | : | Case No. 16-70706-JAD |
| Valerie J. Ross | : | |
|     Debtors | : | Chapter 13 |
| _____ | : | |
| Ryan E. Ross and | : | |
| Valerie J. Ross | : | Docket No. 91 |
|     Movants | : | |
| | : | |
|     vs. | : | |
| | : | |
| S&T Bank | : | |
|     Respondent | : | |

**CERTIFICATE OF SERVICE OF MOTION TO EXTEND THE LOSS MITIGATION TIME PERIOD**

    I hereby certify that on the 8th day of April 2019, I served one true and correct copy of Debtors' Motion to Extend the Loss Mitigation Time Period (with proposed Order and portal history) on the following parties in interest by United States first-class mail, postage prepaid, and electronic mail (where signified) addressed as follows:

**Office of the United States Trustee**
ustpregion03.pi.ecf@usdoj.gov

**Ronda J. Winnecour, Chapter 13 Trustee**
cmecf@chapter13trusteewdpa.com

**Ryan E. Ross and**
**Valerie J. Ross**
**500 Locust Street**
**Indiana, PA 15701**

**S&T Bank**
**c/o David W. Raphael, Esquire**
**GRENEN & BIRSIC, P.C.**
**One Gateway Center, 9th Floor**
**Pittsburgh, PA  15222**

**S&T Bank – through its designated representative through the DMM Portal**

|  |  |
|---|---|
| EXECUTED ON: <u>April 8th, 2019</u> | Respectfully Submitted |
| | <u>/s/ Richard G. Allen, Esq.</u> |
| | Richard G. Allen |
| | PA I.D. #304865 |
| | Law Offices of Richard G. Allen |
| | 43 West Market Street, P.O. Box 434 |
| | Blairsville, PA 15717 |
| | (814) 240-1013 (P) |
| | (814) 806-2754 (F) |
| | Email: |
| | richarda@johnstownbankruptcy.com |
| | Attorney for Debtors |