IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

    Ryan E. Ross and
Valerie J. Ross,
        Debtors

Ryan E. Ross and
Valerie J. Ross,
        Movants

v.

S&T Bank,
        Respondent

**DEFAULT O/E JAD**

Bankruptcy No. 16-70706-JAD

Chapter 13

Related To Doc. No. 89

### ORDER

A *Loss Mitigation Order* dated September 13th, 2018, was entered in the above matter at Document No. 74. On January 14th, 2019, a **Motion to Extend the Loss Mitigation Period** was filed by Movants, Ryan E. Ross and Valerie J. Ross, at Document No. 77. An Order, extending the Loss Mitigation Period was entered on January 25th, 2019 at Document No. 79. On February 26th, 2019, a **Motion to Extend the Loss Mitigation Period** was filed by Movants, Ryan E. Ross and Valerie J. Ross, at Document No. 81. An Order, extending the Loss Mitigation Period was entered on March 8th, 2019 at Document No. 87.

A further **Motion to Extend the Loss Mitigation Period** was filed by Movants, Ryan E. Ross and Valerie J. Ross, at Document No. 89.

**AND NOW**, this 16th day of April, 2019, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is further *extended up to and including May 16, 2019*.

/s/ Jeffery A. Deller
Jeffery A. Deller
United States Bankruptcy Judge

mas

CASE ADMINISTRATOR SHALL SERVE:
Ryan E. and Valerie J. Ross
Richard G. Allen, Esquire
David W. Raphael, Esquire
Ronda J. Winnecour, Esquire
Office of United States Trustee

FILED
4/16/19 10:10 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Ryan E. Ross
Valerie J. Ross
     Debtors

Case No. 16-70706-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-7        User: lfin        Page 1 of 1        Date Rcvd: Apr 16, 2019
                            Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2019.
db/jdb      +Ryan E. Ross,   Valerie J. Ross,   500 Locust Street,   Indiana, PA 15701-3022

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2019                                          Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2019 at the address(es) listed below:
        David W. Raphael    on behalf of Creditor    S&T Bank draphael@grenenbirsic.com, mcupec@grenenbirsic.com
        James Warmbrodt    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Richard G. Allen    on behalf of Debtor Ryan E. Ross ecf@johnstownbankruptcy.com, mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com
        Richard G. Allen    on behalf of Joint Debtor Valerie J. Ross ecf@johnstownbankruptcy.com, mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                        TOTAL: 6