IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Ryan E. Ross and** | : | Case No. 16-70706-JAD |
| **Valerie J. Ross** | : | |
|     **Debtors** | : | Chapter 13 |
| _____ | : | |
| **Ryan E. Ross and** | : | |
| **Valerie J. Ross** | : | Docket No. 96 |
|     **Movants** | : | |
| | : | |
|     vs. | : | |
| | : | |
| **S&T Bank** | : | |
|     **Respondent** | : | |

**CERTIFICATE OF SERVICE OF LOSS MITIGATION FINAL REPORT**

    I hereby certify that on the 22nd day of May, 2019, I served one true and correct copy of Debtors' Motion to Extend the Loss Mitigation Final Report (with portal history) on the following parties in interest by United States first-class mail, postage prepaid, and electronic mail (where signified) addressed as follows:

**Office of the United States Trustee**
ustpregion03.pi.ecf@usdoj.gov

**Ronda J. Winnecour, Chapter 13 Trustee**
cmecf@chapter13trusteewdpa.com

**Ryan E. Ross and**
**Valerie J. Ross**
**500 Locust Street**
**Indiana, PA 15701**

**S&T Bank**
**c/o David W. Raphael, Esquire**
**GRENEN & BIRSIC, P.C.**
**One Gateway Center, 9th Floor**
**Pittsburgh, PA  15222**

**S&T Bank – through its designated representative through the DMM Portal**

|  |  |
|---|---|
| EXECUTED ON: <u>May 22nd, 2019</u> | Respectfully Submitted |
|  | <u>/s/ Richard G. Allen, Esq.</u> |
|  | Richard G. Allen |
|  | PA I.D. #304865 |
|  | Law Offices of Richard G. Allen |
|  | 43 West Market Street, P.O. Box 434 |
|  | Blairsville, PA 15717 |
|  | (814) 240-1013 (P) |
|  | (814) 806-2754 (F) |
|  | Email: |
|  | richarda@johnstownbankruptcy.com |
|  | Attorney for Debtors |