IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  **Ryan E. Ross and** | : | |
| **Valerie J. Ross** | : | Bankruptcy No.  16-70706-JAD |
| | : | |
| | : | |
| Debtor | : | |
| | : | |
| **Ryan E. Ross and** | : | |
| **Valerie J. Ross** | : | |
| | : | |
| | : | Chapter   13 |
| | : | |
| Movant | : | |
| | : | Related to Document No.  2 |
| v. | : | |
| | : | |
| | : | |
| No Respondent | : | |

NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, **Richard G. Allen**, counsel for the

debtor in the above-captioned case, hereby certify that the following list of creditor's names and

addresses was uploaded through the creditor maintenance option in CM/ECF to the above-

captioned case regarding the filing of an amendment to the schedules.

Dated: <u>July 10, 2020</u>                    <u>/s/ Richard G. Allen, Esquire</u>
Richard G. Allen, Esquire
201 Penn Center Blvd., Ste 400
Pittsburgh, PA 15235
PA ID #   304865
(412) 229-2107 (phone)
(814) 806-2754 (fax)
richarda@johnstownbankruptcy.com

PAWB Local Form 30 (07/13)

MATRIX

Bridgecrest
7300 E. Hampton Ave.
Ste 101
Mesa, AZ 85209