UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  RYAN E ROSS<br>         VALERIE J ROSS | CASE NO: 16-70706<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 7/13/2020, I did cause a copy of the following documents, described below,

Order on Amended Chapter 13 Plan

Amended Chapter 13 Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/13/2020

/s/ Richard G. Allen
Richard G. Allen  304865
Law Office of Richard G. Allen
201 Penn Center Blvd., Ste 400
Pittsburgh, PA  15235
412 229 2107

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  RYAN E ROSS
VALERIE J ROSS

CASE NO: 16-70706

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 7/13/2020, a copy of the following documents, described below,

Order on Amended Chapter 13 Plan

Amended Chapter 13 Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/13/2020

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Richard G. Allen
Law Office of Richard G. Allen
201 Penn Center Blvd., Ste 400
Pittsburgh, PA  15235

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| CASE INFO<br> LABEL MATRIX FOR LOCAL NOTICING<br>03157<br>CASE 16-70706-JAD<br>WESTERN DISTRICT OF PENNSYLVANIA<br>JOHNSTOWN<br>MON JUL 13 13-29-38 EDT 2020 | RICHARD G ALLEN<br>LAW OFFICES OF RICHARD G ALLEN<br>201 PENN CENTER BLVD<br>SUITE 400<br>PITTSBURGH PA 15235-5441 | ALLTRAN FINANCIAL LP<br>PO BOX 4044<br>CONCORD CA 94524-4044 |
| BANK OF AMERICA<br>PO BOX 26012<br>GREENSBORO NC 27420-6012 | BANK OF AMERICA NA<br>PO BOX 31785<br>TAMPA FL 33631-3785 | BARCLAYS BANK DELAWARE<br>PO BOX 8801<br>WILMINGTON DE 19899-8801 |
| BRIDGECREST<br>7300 E HAMPTON AVE<br>STE 101<br>MESA AZ 85209-3324 | JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | CITIBANK  SEARS<br>CITICORP CREDIT SERVICES<br>PO BOX 790040<br>SAINT LOUIS MO 63179-0040 |
| CLIENT SERVICES INC<br>3451 HARRY S TRUMAN BLVD<br>SAINT CHARLES MO 63301-9816 | COLLECTION SERVICE CENTER<br>PO BOX 68<br>ALTOONA PA 16603-0068 | COMENITY BANKBON TON<br>3100 EASTON SQUARE PLACE<br>COLUMBUS OH 43219-6232 |
| COMENITY BANKFASHION BUG<br>PO BOX 182125<br>COLUMBUS OH 43218-2125 | COMENITY BANKGANDERMTN<br>PO BOX 182125<br>COLUMBUS OH 43218-2125 | COMENITYCAPITALBOSCOV<br>COMENITY BANK<br>PO BOX 182125<br>COLUMBUS OH 43218-2125 |
| CREDIT COLLECTIONS SVC<br>PO BOX 773<br>NEEDHAM MA 02494-0918 | CREDIT MANAGEMENT CO<br>2121 NOBLESTOWN RD<br>PITTSBURGH PA 15205-3956 | CREDIT MANAGEMENT CO<br>2121 NOBLESTOWN RD<br>PO BOX 16346<br>PITTSBURGH PA 15242-0346 |
| CREDIT MANAGEMENT LP<br>ATTN BANKRUPTCY<br>PO BOX 118288<br>CARROLTON TX 75011-8288 | DLP CONEMAUGH PHYSICIAN GROUP<br>PO BOX 644633<br>PITTSBURGH PA 15264-4633 | ELAN FINANCIAL SERVICE<br>4 STATION SQUARE STE 620<br>PITTSBURGH PA 15219 |
| EMERALD AR SYSTEMS LLC<br>PO BOX 845066<br>LOS ANGELES CA 90084-5066 | HARLEY DAVIDSON FINANCIAL<br>ATTENTION BANKRUPTCY<br>PO BOX 22048<br>CARSON CITY NV 89721-2048 | HARLEY DAVIDSON CREDIT CORP<br>PO BOX 9013<br>ADDISON TEXAS 75001-9013 |
| INDIANA AMBLATORY SURGICAL ASSOCIATES<br>841 HOSPITAL ROAD<br>INDIANA PA 15701-3620 | INDIANA CARDIOVASCULAR SPECIALISTS<br>15 SOUTH EIGHTH STREET<br>INDIANA PA 15701-2776 | INDIANA COUNTY TAX CLAIM BUREAU<br>825 PHILADELPHIA ST<br>INDIANA PA 15701-3951 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| INDIANA REGIONAL IMAGING PC<br>7 ACEE DRIVE<br>NATRONA HEIGHTS PA 15065-9700 | INDIANA REGIONAL MEDICAL CENTER<br>PO BOX 788<br>INDIANA PA 15701-0788 | MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN MI 48090-2011 |
| OFFICE OF THE UNITED STATES TRUSTEE<br>LIBERTY CENTER<br>1001 LIBERTY AVENUE SUITE 970<br>PITTSBURGH PA 15222-3721 | PENN CREDIT CORPORATION<br>916 S 14TH ST<br>HARRISBURG PA 17104-3425 | PENNSYLVANIA DEPT OF REVENUE<br>DEPARTMENT 280946<br>PO BOX 280946<br>ATTN- BANKRUPTCY DIVISION<br>HARRISBURG PA 17128-0946 |
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>PO BOX 788<br>KIRKLAND WA 98083-0788 | QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY CAPITAL BANK<br>PO BOX 788<br>KIRKLAND WA 98083-0788 |
| DAVID W RAPHAEL<br>FIRST NATIONAL BANK<br>100 FEDERAL STREET - 4TH FLOOR<br>PITTSBURGH PA 15212-5711 | DEBTOR<br>RYAN E ROSS<br>500 LOCUST STREET<br>INDIANA PA 15701-3022 | VALERIE J ROSS<br>500 LOCUST STREET<br>INDIANA PA 15701-3022 |
| S  T BANK<br>800 PHILADELPHIA STREET<br>PO BOX 190<br>INDIANA PA 15701-0190 | S  T BANK<br>PO BOX D<br>BROOKEWAY PA 15824-0504 | ST BANK<br>355 NORTH FIFTH STREET<br>INDIANA PA 15701-1940 |
| ST BANK<br>355 NORTH 5TH STREET<br>INDIANA PA 15701-1940 | ST BANK<br>CO DAVID W RAPHAEL ESQUIRE<br>GRENEN  BIRSIC PC<br>ONE GATEWAY CENTER 9TH FLOOR<br>PITTSBURGH PA 15222 | ST BANK<br>CO ELIZABETH L SLABY ESQUIRE<br>GRENEN  BIRSIC PC<br>ONE GATEWAY CENTER 9TH FLOOR<br>PITTSBURGH PA 15222 |
| BETH L SLABY<br>GRENEN  BIRSIC PC<br>ONE GATEWAY CENTER 9TH FLOOR<br>420 FT DUQUESNE BLVD<br>PITTSBURGH PA 15222-1435 | SYNCHRONY BANK JC PENNEYS<br>PO BOX 965064<br>ORLANDO FL 32896-5064 | SYNCHRONY BANKWALMART<br>PO BOX 965064<br>ORLANDO FL 32896-5064 |
| THE HMC GROUP<br>PO BOX 16211<br>ROCKY RIVER OH 44116-0211 | THE SOS GROUP<br>PO BOX 16211<br>ROCKY RIVER OH 44116-0211 | US BK RMS CC<br>PO BOX 108<br>SAINT LOUIS MO 63166-0108 |
| JAMES WARMBRODT<br>KML LAW GROUP PC<br>701 MARKET STREET<br>SUITE 5000<br>PHILADELPHIA PA 19106-1541 | RONDA J WINNECOUR<br>SUITE 3250 USX TOWER<br>600 GRANT STREET<br>PITTSBURGH PA 15219-2702 | |