8/26/20 2:48 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Ryan E. Ross and | : | Bankruptcy No. 16-70706-JAD |
| Valerie J. Ross | : | |
| Debtors | : | Chapter 13 |
| _____ | : | |
| Valerie J. Ross, | : | Related To Doc. No. 113 |
| Movant | : | |
| v. | : | |
| | : | |
| Diamond Drugs, Inc. | : | Motion No. WO-1 |
| ATTN: Payroll Department/Garnishments | : | |
| 645 Kolter Drive | : | |
| Indiana, PA 15701 | : | |
| Respondent | : | |
| And | : | |
| | : | |
| Ronda J. Winnecour | : | |
| Chapter 13 Trustee | : | |
| Additional Respondent | : | |

ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT

The above-named Debtors having filed a Chapter 13 petition and Debtor, Valerie J. Ross having moved to attach wages to fund the Chapter 13 Plan:

IT IS, THEREFORE, ORDERED that until further order of this Court, the entity from which the Debtor, Valerie J. Ross, receives income:

Diamond Drugs, Inc.

645 Kolter Lane

Indiana, PA 15701

ATTN:  Payroll Department/Garnishments

shall deduct from that income the sum of **$715.00, from every bi-weekly pay** beginning on the next pay day following receipt of this order and shall deduct a similar amount each pay period thereafter, including any period for which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or other benefit arising out of present or past employment, or from any other benefits payable to the Debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

RONDA J. WINNECOUR

CHAPTER 13 TRUSTEE, W.D.P.A.

P.O. BOX 84051

CHICAGO, IL 60689-4002

IT IS FURTHER ORDERED that the above-named entity shall notify the Chapter 13 Trustee if the Debtor's income is terminated and the reason therefor.

IT IS FURTHER ORDERED that the Debtors shall serve this order and a copy of the Notification of Debtor's Social Security Number, Local Bankruptcy Form 12, that includes the debtor's full Social Security number on the above-named entity.  Debtors shall file a certificate of service regarding service of the order and local form, but the Social Security number shall not be included on the certificate.

IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for taxes, Social Security, insurance, pension, or union dues shall be paid to the Debtor in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION, OR OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF DEBTOR WITH THE SOLE EXCEPTION OF ANY SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.  **

DATED this 26th day of August, 2020.

_____ mas
Jeffery A. Deller
*United States Bankruptcy Judge*

** IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin.  The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed.  Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing.  Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

CASE ADMINISTRATOR SHALL SERVE:
Ryan E. and Valerie J. Ross
Richard G. Allen, Esquire
Diamond Drugs, Inc.
Ronda J. Winnecour, Esquire
Office of United States Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Ryan E. Ross  
Valerie J. Ross  
      Debtors

Case No. 16-70706-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-7      User: msch      Page 1 of 1      Date Rcvd: Aug 26, 2020  
                      Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2020.  
db/jdb         +Ryan E. Ross,    Valerie J. Ross,    500 Locust Street,    Indiana, PA 15701-3022  
               +Diamond Drugs, Inc.,    Attn: Payroll Department/Garnishments,    645 Kolter Drive,  
                Indiana, PA 15701-3522

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2020                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2020 at the address(es) listed below:  
          Beth L. Slaby     on behalf of Creditor     S&T Bank bslaby@grenenbirsic.com, mcupec@grenenbirsic.com  
          David W. Raphael     on behalf of Creditor     S&T Bank raphaeld@fnb-corp.com  
          James Warmbrodt     on behalf of Creditor     Harley-Davidson Credit Corp bkgroup@kmllawgroup.com  
          Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
          Richard G. Allen     on behalf of Debtor Ryan E. Ross ecf@johnstownbankruptcy.com, mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com  
          Richard G. Allen     on behalf of Joint Debtor Valerie J. Ross ecf@johnstownbankruptcy.com, mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com  
          Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
                                                                                                  TOTAL: 7