IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | Ryan E. Ross and | : | Bankruptcy No. 16-70706-JAD |
| | Valerie J. Ross | : | |
| | Debtors | : | |
| | | : | |
| | | : | |
| | Valerie J. Ross | : | Chapter 13 |
| | Movant | : | |
| | v. | : | |
| | Diamond Drugs, Inc. | : | |
| | 645 Kolter Drive | : | |
| | Indiana, PA 15701 | : | |
| | Respondent | | |

## CERTIFICATE OF SERVICE OF ORDER GRANTING ATTACHMENT OF WAGES AND LOCAL FORM NO. 12

I, Richard G. Allen, Esq., Principal Attorney for the Law Offices of Richard G. Allen certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 29th day of August, 2020, a true and correct copy of the Order dated August 26th, 2020, together with the above Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

Diamond Drugs, Inc.
645 Kolter Drive
Indiana, PA 15701

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on August 31st, 2020:

Respectfully Submitted
/s/ Richard G. Allen, Esq.
Richard G. Allen
PA I.D. #304865
201 Penn Center Blvd., Suite 400,
Pittsburgh, PA 15235
(814) 240-1013 (P)
(814) 806-2754 (F)
Email: richarda@johnstownbankruptcy.com
Attorney for Debtors