**Form 106−C**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

CASE NAME: Ryan E. Ross and Valerie J. Ross

CASE NUMBER: 16−70706−JAD

RELATED TO DOCUMENT NO:

**NOTICE REGARDING**
**NONCONFORMING DOCUMENT**

The Notice of Postpetition Mortgage Fees, Expenses, and Charges Claim 3 that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

The Notice of Postpetition Mortgage Fees, Expenses, and Charges Claim 3 received by mail on 11/5/2020 is not on the Court's most recent Official Form 410S−2.

You must file the Court's most recent Official Form 410S−2 (12/16) within seven (7) days of the date of this notice.

This deadline does not affect any other deadlines in this bankruptcy case.

**Please attach a copy of this Notice to the front of the Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16. that is filed in response to this Notice.**

Dated this The 5th of November, 2020

Michael R. Rhodes
Clerk
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Ryan E. Ross  
Valerie J. Ross  
    Debtor(s)

Case No. 16-70706-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: lfin     Page 1 of 2  
Date Rcvd: Nov 05, 2020     Form ID: 106c     Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol    Definition**  
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | + | Linda L Wolfe, S&T Bank, 355 North 5th Street, Indiana, PA 15701-1940 |
| 14312291 | + | S&T Bank, 355 North 5th Street, Indiana, PA 15701-1940 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 07, 2020      Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2020 at the address(es) listed below:

**Name**     **Email Address**

Beth L. Slaby  
    on behalf of Creditor S&T Bank bslaby@grenenbirsic.com mcupec@grenenbirsic.com

Brian Nicholas  
    on behalf of Creditor Harley-Davidson Credit Corp bnicholas@kmllawgroup.com

David W. Raphael  
    on behalf of Creditor S&T Bank raphaeld@fnb-corp.com

Office of the United States Trustee  
    ustpregion03.pi.ecf@usdoj.gov

Richard G. Allen  
    on behalf of Debtor Ryan E. Ross ecf@johnstownbankruptcy.com mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com

| | | |
|---|---|---|
| District/off: 0315-7 | User: lfin | Page 2 of 2 |
| Date Rcvd: Nov 05, 2020 | Form ID: 106c | Total Noticed: 2 |

Richard G. Allen
    on behalf of Joint Debtor Valerie J. Ross ecf@johnstownbankruptcy.com mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7