**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

08/11/2021

IN RE:

RYAN E. ROSS
VALERIE J. ROSS
500 LOCUST STREET
INDIANA, PA 15701
XXX-XX-2452          Debtor(s)

XXX-XX-0765

Case No.16-70706 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

8/11/2021

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **GRENEN & BIRSIC PC (FRMRLY DAVID W RAPH** 1 GATEWAY CENTER - 9TH FL  PITTSBURGH, PA 15222 | Trustee Claim Number: 1   INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: S AND T BANK/PRAE | CRED DESC: NOTICE ONLY ACCOUNT NO.: |
| **BANK OF AMERICA NA\*\*** PO BOX 15312  WILMINGTON, DE 19850-5312 | Trustee Claim Number: 2   INT %: 5.50% Court Claim Number: 10 CLAIM: 14,565.08 COMMENT: $CL10GOV@TERMS/PL*PMT/CONF*$CL-PL@5.5%MDF/PL*W/60*DK*PIF/CR/LTR | CRED DESC: VEHICLE ACCOUNT NO.: 9980 |
| **HARLEY DAVIDSON CREDIT CORP\*** BOX 15129  PALATINE, IL 60055-5129 | Trustee Claim Number: 3   INT %: 0.00% Court Claim Number: 7-2 CLAIM: 0.00 COMMENT: RS/DOE*SURR/PL*AMD CL=0*W/63 | CRED DESC: VEHICLE ACCOUNT NO.: 8722 |
| **INDIANA CTY TAX CLAIM BUREAU** 825 PHILADELPHIA ST  INDIANA, PA 15701 | Trustee Claim Number: 4   INT %: 9.00% Court Claim Number: 2 CLAIM: 1,273.94 COMMENT: 23456*15*1274@9%/PL | CRED DESC: SECURED CREDITOR ACCOUNT NO.: 3456 |
| **S & T BANK(\*)** ATTN COLLECTIONS - RECOVERY 355 NORTH 5TH ST INDIANA, PA 15801 | Trustee Claim Number: 5   INT %: 0.00% Court Claim Number: 3 CLAIM: 0.00 COMMENT: CL3GOV*PMT/CL-PL* 331.27X60+2=LMT* ACCT NO/PL=0001*LMP TERM*DKT | CRED DESC: MORTGAGE REGULAR PAYMEI ACCOUNT NO.: 0061 |
| **S & T BANK(\*)** ATTN COLLECTIONS - RECOVERY 355 NORTH 5TH ST INDIANA, PA 15801 | Trustee Claim Number: 6   INT %: 0.00% Court Claim Number: 4 CLAIM: 0.00 COMMENT: PMT/CL-PL*266.49 X (60+2)=LMT*ACCT /PL-0003 | CRED DESC: MORTGAGE REGULAR PAYMEI ACCOUNT NO.: 0063 |
| **BANK OF AMERICA NA\*\*** PO BOX 15102  WILMINGTON, DE 19886-5102 | Trustee Claim Number: 7   INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 1225 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** PO BOX 12914  NORFOLK, VA 23541 | Trustee Claim Number: 8   INT %: 0.00% Court Claim Number: 14 CLAIM: 1,396.53 COMMENT: BARCLAYS/CHOICE | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 0202 |
| **JPMORGAN CHASE BANK NA** PO BOX 15298  WILMINGTON, DE 19850 | Trustee Claim Number: 9   INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 2047 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** PO BOX 12914  NORFOLK, VA 23541 | Trustee Claim Number: 10  INT %: 0.00% Court Claim Number: 16 CLAIM: 2,775.12 COMMENT: CITIBANK/SEARS | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 5225 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:11 INT %: 0.00%<br>Court Claim Number:15<br><br>CLAIM: 1,522.85<br>COMMENT: CITIBANK/SEARS | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8693 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:12 INT %: 0.00%<br>Court Claim Number:17<br><br>CLAIM: 1,147.43<br>COMMENT: CITIBANK/SEARS | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7187 |
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>PO BOX 560<br><br>NEW KENSINGTON, PA 15068 | Trustee Claim Number:13 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: SHPQ |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:14 INT %: 0.00%<br>Court Claim Number:1<br><br>CLAIM: 448.51<br>COMMENT: BON TON | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2014 |
| **COMENITY BANK**<br>PO BOX 182272<br><br>COLUMBUS, OH 43218 | Trustee Claim Number:15 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: FASHION BUG*NTC ONLY~NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4623 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:16 INT %: 0.00%<br>Court Claim Number:9<br><br>CLAIM: 3,176.33<br>COMMENT: GANDER MOUNTAIN | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7481 |
| **QUANTUM3 GROUP LLC - AGENT COMENITY CA**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:17 INT %: 0.00%<br>Court Claim Number:5<br><br>CLAIM: 591.23<br>COMMENT: BOSCOVS | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3908 |
| **CREDIT COLLECTION SERVICE**<br>POB 773<br><br>NEEDHAM, MA 02494 | Trustee Claim Number:18 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9492 |
| **CREDIT COLLECTION SERVICE**<br>POB 773<br><br>NEEDHAM, MA 02494 | Trustee Claim Number:19 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5647 |
| **CREDIT COLLECTION SERVICE**<br>POB 773<br><br>NEEDHAM, MA 02494 | Trustee Claim Number:20 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4663 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account |
|---|---|---|
| **CREDIT COLLECTION SERVICE**<br>POB 773<br><br>NEEDHAM, MA 02494 | Trustee Claim Number:21 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4455 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br><br>PITTSBURGH, PA 15205-3956 | Trustee Claim Number:22 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: INDIANA RGNL MED CTR | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5248 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br><br>PITTSBURGH, PA 15205-3956 | Trustee Claim Number:23 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: INDIANA RGNL MED CTR | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9782 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br><br>PITTSBURGH, PA 15205-3956 | Trustee Claim Number:24 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: INDIANA RGNL MED CTR | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8836 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br><br>PITTSBURGH, PA 15205-3956 | Trustee Claim Number:25 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: INDIANA RGNL MED CTR | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5250 |
| **CREDIT MANAGEMENT LP++**<br>PO BOX 118288<br><br>CARROLTON, TX 75011 | Trustee Claim Number:26 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: INDIANA RGNL MED CTR | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1791 |
| **CREDIT MANAGEMENT LP++**<br>PO BOX 118288<br><br>CARROLTON, TX 75011 | Trustee Claim Number:27 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: INDIANA RGNL MED CTR | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5250 |
| **CREDIT MANAGEMENT LP++**<br>PO BOX 118288<br><br>CARROLTON, TX 75011 | Trustee Claim Number:28 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: INDIANA RGNL MED CTR | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9781 |
| **CREDIT MANAGEMENT LP++**<br>PO BOX 118288<br><br>CARROLTON, TX 75011 | Trustee Claim Number:29 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: INDIANA RGNL MED CTR | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9783 |
| **CREDIT MANAGEMENT LP++**<br>PO BOX 118288<br><br>CARROLTON, TX 75011 | Trustee Claim Number:30 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: INDIANA RGNL MED CTR | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9780 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **CREDIT MANAGEMENT LP++**<br>PO BOX 118288<br><br>CARROLLTON, TX 75011 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6956 | CLAIM: 0.00<br>COMMENT: DAVIS MED CTR |
| **CREDIT MANAGEMENT LP++**<br>PO BOX 118288<br><br>CARROLLTON, TX 75011 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6191 | CLAIM: 0.00<br>COMMENT: INDIANA RGNL MED CTR |
| **DLP CPG RURAL HEALTH CLINIC**<br>PO BOX 644633<br><br>PITTSBURGH, PA 15264 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9343 | CLAIM: 0.00<br>COMMENT: |
| **ELAN FINANCIAL SERVICES**<br>POB 5229<br><br>CINCINNATI, OH 45201-5229 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4662 | CLAIM: 0.00<br>COMMENT: NT ADR/SCH |
| **EMERALD AR SYSTEMS**<br>DEPT 3161<br><br>LOS ANGELES, CA 90084-3161 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3925 | CLAIM: 0.00<br>COMMENT: INDIANA REGIONAL IMAGING*NT ADR/SCH |
| **INDIANA AMBULATORY SRGCL ASSOC**<br>841 HOSPITAL RD<br><br>INDIANA, PA 15701 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: NO NUM/SCH |
| **INDIANA CARDIOVASCULAR SPECS**<br>45 S EIGHTH ST<br><br>INDIANA, PA 15701-2714 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0113 | CLAIM: 0.00<br>COMMENT: NT ADR/SCH |
| **INDIANA CARDIOVASCULAR SPECS**<br>45 S EIGHTH ST<br><br>INDIANA, PA 15701-2714 | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3819 | CLAIM: 0.00<br>COMMENT: NT ADR/SCH |
| **INDIANA REGIONAL IMAGING**<br>7 ACEE DR<br><br>NATRONA HEIGHTS, PA 15065-9700 | Trustee Claim Number: 39  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7011 | CLAIM: 0.00<br>COMMENT: |
| **INDIANA REGIONAL MEDICAL CNTR**<br>835 HOSPITAL RD<br>POB 788<br>INDIANA, PA 15701 | Trustee Claim Number: 40  INT %: 0.00%<br>Court Claim Number: 6 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7003 | CLAIM: 1,536.68<br>COMMENT: |

| Creditor | Claim Info | Account Info |
|---|---|---|
| **INDIANA REGIONAL MEDICAL CNTR**<br>835 HOSPITAL RD<br>POB 788<br>INDIANA, PA 15701 | Trustee Claim Number:41  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9264 |
| **INDIANA REGIONAL MEDICAL CNTR**<br>835 HOSPITAL RD<br>POB 788<br>INDIANA, PA 15701 | Trustee Claim Number:42  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4756 |
| **INDIANA REGIONAL MEDICAL CNTR**<br>835 HOSPITAL RD<br>POB 788<br>INDIANA, PA 15701 | Trustee Claim Number:43  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7428 |
| **INDIANA REGIONAL MEDICAL CNTR**<br>835 HOSPITAL RD<br>POB 788<br>INDIANA, PA 15701 | Trustee Claim Number:44  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0423 |
| **INDIANA REGIONAL MEDICAL CNTR**<br>835 HOSPITAL RD<br>POB 788<br>INDIANA, PA 15701 | Trustee Claim Number:45  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9974 |
| **PENN CREDIT CORPORATION++**<br>916 SOUTH 14TH ST<br>HARRISBURG, PA 17104 | Trustee Claim Number:46  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DLP CONEMAUGH MEM MED CTR | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1001 |
| **S & T BANK(\*)**<br>ATTN COLLECTIONS - RECOVERY<br>355 NORTH 5TH ST<br>INDIANA, PA 15801 | Trustee Claim Number:47  INT %: 0.00%<br>Court Claim Number:8<br>CLAIM: 5,354.19<br>COMMENT: 0001/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4726 |
| **S & T BANK(\*)**<br>ATTN COLLECTIONS - RECOVERY<br>355 NORTH 5TH ST<br>INDIANA, PA 15801 | Trustee Claim Number:48  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5334 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number:49  INT %: 0.00%<br>Court Claim Number:12<br>CLAIM: 480.59<br>COMMENT: 443/SCH*SYNCHRONY/JCP | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0059 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number:50  INT %: 0.00%<br>Court Claim Number:13<br>CLAIM: 897.79<br>COMMENT: SYNCHRONY/WALMART | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0759 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **HMC GROUP**<br>29065 CLEMENS RD # 200<br><br>WESTLAKE, OH  44145 | Trustee Claim Number: 51  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: INDIANA RGNL MED CTR*NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3434 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number: 52  INT %: 0.00%<br>Court Claim Number: 11 | CLAIM: 290.90<br>COMMENT: US BANK/HARLEY DAVIDSON | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5253 |
| **ALLTRAN FINANCIAL LP**<br>PO BOX 4044<br><br>CONCORD, CA  94524-4044 | Trustee Claim Number: 53  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **CLIENT SERVICES**<br>3451 HARRY TRUMAN BLVD<br><br>ST CHARLES, MO  63301-4047 | Trustee Claim Number: 54  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br><br>PITTSBURGH, PA  15205-3956 | Trustee Claim Number: 55  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **HMC GROUP**<br>29065 CLEMENS RD # 200<br><br>WESTLAKE, OH  44145 | Trustee Claim Number: 56  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **THE SOS GROUP**<br>PO BOX 16211<br><br>CLEVELAND, OH  44116 | Trustee Claim Number: 57  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **S & T BANK(*)**<br>ATTN COLLECTIONS - RECOVERY<br>355 NORTH 5TH ST<br>INDIANA, PA  15801 | Trustee Claim Number: 58  INT %: 0.00%<br>Court Claim Number: 3 | CLAIM: 7,555.60<br>COMMENT: CL3GOV*$CL-PL*ACCT/PL=0001*LMP TERM | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 0061 |
| **S & T BANK(*)**<br>ATTN COLLECTIONS - RECOVERY<br>355 NORTH 5TH ST<br>INDIANA, PA  15801 | Trustee Claim Number: 59  INT %: 0.00%<br>Court Claim Number: 4 | CLAIM: 1,145.91<br>COMMENT: $/CL-PL*ACCT /PL=0003 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 0063 |
| **BANK OF AMERICA NA****<br>PO BOX 15312<br><br>WILMINGTON, DE  19850-5312 | Trustee Claim Number: 60  INT %: 0.00%<br>Court Claim Number: 10 | CLAIM: 0.00<br>COMMENT: PIF @ 2 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 9980 |

| Creditor | Trustee Claim # / Court Claim # / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **S & T BANK(*)**<br>ATTN COLLECTIONS - RECOVERY<br>355 NORTH 5TH ST<br>INDIANA, PA  15801 | Trustee Claim Number:61  INT %:  0.00%<br>Court Claim Number:3<br>CLAIM: 1,265.96<br>COMMENT: $/OE-CONF*NT/PL*1840.96/NTC-POSTPET FEE/EXP*REF CL*W/58*ATTY FEES: 12/2 | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 0061 |
| **S & T BANK(*)**<br>ATTN COLLECTIONS - RECOVERY<br>355 NORTH 5TH ST<br>INDIANA, PA  15801 | Trustee Claim Number:62  INT %:  0.00%<br>Court Claim Number:4<br>CLAIM: 175.00<br>COMMENT: $/OE-CONF*NT/PL*350/NTC-POSTPET FEE/EXP*REF CL*ATTY FEES/POC: 12/2/16*V | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 0063 |
| **HARLEY DAVIDSON CREDIT CORP***<br>BOX 15129<br>PALATINE, IL  60055-5129 | Trustee Claim Number:63  INT %:  0.00%<br>Court Claim Number:7-2<br>CLAIM: 217.49<br>COMMENT: DFNCY BAL*AMD*SURR@3 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8722 |
| **S & T BANK(*)**<br>ATTN COLLECTIONS - RECOVERY<br>355 NORTH 5TH ST<br>INDIANA, PA  15801 | Trustee Claim Number:64  INT %:  0.00%<br>Court Claim Number:3<br>CLAIM: 318.50<br>COMMENT: PAY/CONF*NT/PL*NTC-POSTPET FEE/EXP*SUPP REF CL*ATTY FEES: 6/30/17*W/58 | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 0061 |
| **S & T BANK(*)**<br>ATTN COLLECTIONS - RECOVERY<br>355 NORTH 5TH ST<br>INDIANA, PA  15801 | Trustee Claim Number:65  INT %:  0.00%<br>Court Claim Number:3<br>CLAIM: 658.00<br>COMMENT: PAY/CONF*NT/PL*NTC-POSTPET FEE/EXP*SUPP REF CL*INS ADVNC (NON-ESCRO | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 0061 |
| **S & T BANK(*)**<br>ATTN COLLECTIONS - RECOVERY<br>355 NORTH 5TH ST<br>INDIANA, PA  15801 | Trustee Claim Number:66  INT %:  0.00%<br>Court Claim Number:03<br>CLAIM: 0.00<br>COMMENT: LMP TERM*DKT | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 0061 |
| **S & T BANK(*)**<br>ATTN COLLECTIONS - RECOVERY<br>355 NORTH 5TH ST<br>INDIANA, PA  15801 | Trustee Claim Number:67  INT %:  0.00%<br>Court Claim Number:3<br>CLAIM: 601.35<br>COMMENT: PAY/CONF*NT/PL*NTC-POSTPET FEE/EXP*SUPP REF CL*FORCE PLACED INS 12/1 | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 0061 |
| **S & T BANK(*)**<br>ATTN COLLECTIONS - RECOVERY<br>355 NORTH 5TH ST<br>INDIANA, PA  15801 | Trustee Claim Number:68  INT %:  0.00%<br>Court Claim Number:3<br>CLAIM: 174.82<br>COMMENT: PAY/CONF*NT/PL*NTC-POSTPET FEE/EXP*SUPP REF CL*FORCE PLACED INS 12/1 | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 0061 |
| **BRIDGECREST CREDIT COMPANY LLC**<br>PO BOX 29018<br>PHOENIX, AZ  85038 | Trustee Claim Number:69  INT %:  0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PMT/PL*302 X (16+2)=LMT*BGN 7/20 | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 9601 |
| **S & T BANK(*)**<br>ATTN COLLECTIONS - RECOVERY<br>355 NORTH 5TH ST<br>INDIANA, PA  15801 | Trustee Claim Number:70  INT %:  0.00%<br>Court Claim Number:3<br>CLAIM: 0.00<br>COMMENT: NTC-POSTPET FEE/EXP*SUPP REF CL*W/58*CL @ 527.79 REPLACED BY CID 71 | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 0061 |

| CLAIM RECORDS | | |
|---|---|---|
| **S & T BANK(*)** | Trustee Claim Number:71  INT %:  0.00% | CRED DESC:  Post Petition Claim (1305) |
| ATTN COLLECTIONS - RECOVERY | Court Claim Number:3 | ACCOUNT NO.:  0061 |
| 355 NORTH 5TH ST | | |
| | CLAIM:  527.79 | |
| INDIANA, PA  15801 | COMMENT:  NT/PL*NTC-POSTPET FEE/EXP*SUPP REF CL*FORCE-PLACED INS 5/8/2020*W/58 | |
| | | |
| **S & T BANK(*)** | Trustee Claim Number:72  INT %:  0.00% | CRED DESC:  Post Petition Claim (1305) |
| ATTN COLLECTIONS - RECOVERY | Court Claim Number:3 | ACCOUNT NO.:  0061 |
| 355 NORTH 5TH ST | | |
| | CLAIM:  489.68 | |
| INDIANA, PA  15801 | COMMENT:  NT/PL*NTC-POSTPET FEE/EXP*REF CL*INS ADVNC (NON-ESCROW): 4/1/21-4/1/22* | |

Case 16-70706-JAD    Doc 124    Filed 08/11/21    Entered 08/11/21 15:11:10    Desc
Page 10 of 10