# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

RYAN E. ROSS

VALERIE J. ROSS

Debtor(s)

Ronda J. Winnecour

Movant

vs.

S & T BANK(*)

Respondent(s)

Case No. 16-70706JAD

Chapter 13

Document No.___

## INTERIM NOTICE OF CURE OF ARREARS

Chapter 13 Trustee Ronda J. Winnecour  gives notice to the holder(s) of claims secured by a security interest in the debtor's principal residence, i.e. the Respondent(s) named above, that the amount required to cure the **prepetition** default has been paid in full.  This notice does not replace the notice required by Bankruptcy Rule 3001(f), which will be filed and served by the Trustee after the debtors have completed all payments required under the plan.

The holders of a claim secured by a security interest in the debtor's principal residence are requested to notify the debtor, debtor's counsel and the Trustee if the creditor does not agree that the debtor has paid in full the amount required to cure the **prepetition** default on the claim. The statement should itemize the required cure, excluding postpetition amounts due, if any, that the holder contends remain unpaid as of the date of the statement.

Trustee Record Number - 58

Court Claim Number - 3

10/13/2021

/s/   Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    RYAN E. ROSS

    VALERIE J. ROSS

|  |  |
|---|---|
|         Debtor(s) | Case No.:16-70706JAD |
|  | Chapter 13 |
| Ronda J. Winnecour | Document No.___ |
|         Movant |  |
|    vs. |  |
| S & T BANK(*) |  |
|       Respondent(s) |  |

## CERTIFICATE OF SERVICE

      I hereby certify that on the date shown below, I served a true and correct copy of Interim Notice of Cure of Arrears upon the following, by regular United States mail, postage prepaid, addressed as follows:

RYAN E. ROSS, VALERIE J. ROSS, 500 LOCUST STREET, INDIANA, PA  15701

RICHARD G ALLEN ESQ, LAW OFFICES OF RICHARD G ALLEN, PO BOX 401, DELMONT, PA  15626

S & T BANK(*), ATTN COLLECTIONS - RECOVERY, 355 NORTH 5TH ST, INDIANA, PA  15801

GRENEN & BIRSIC PC (FRMRLY DAVID W RAPHAEL ESQ), 1 GATEWAY CENTER - 9TH FL, PITTSBURGH, PA  15222

10/13/2021

/s/ Roberta Saunier

Administrative Assistant

Office of the Chapter 13 Trustee

CHAPTER 13 TRUSTEE WD PA

600 GRANT STREET

SUITE 3250 US STEEL TWR

PITTSBURGH, PA  15219

(412) 471-5566

cmecf@chapter13trusteewdpa.com