# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
  RYAN E. ROSS
VALERIE J. ROSS
            Debtor(s)
  Ronda J. Winnecour, Trustee
    Movant
        vs.
  RYAN E. ROSS
VALERIE J. ROSS

            Respondents

Case No.16-70706JAD

FILED
12/1/21 10:43 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Chapter 13

Document No. 129

---

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this  1st        day of  December  , 2021, it is hereby ORDERED, ADJUDGED, and DECREED that,

Diamond Drugs
Attn: Payroll Manager
645 Kolker Ave
Indiana,PA 15701

is hereby ordered to immediately terminate the attachment of the wages of VALERIE J. ROSS,

social security number XXX-XX-0765.   No future payments are to be sent to Ronda J.

Winnecour, Trustee on behalf of VALERIE J. ROSS.


FURTHER ORDERED:   n/a



BY THE COURT:

_____  jsf

UNITED STATES BANKRUPTCY JUDGE

Jeffery A. Deller

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 16-70706-JAD

Ryan E. Ross                                                            Chapter 13

Valerie J. Ross
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7                        User: lfin                               Page 1 of 2
Date Rcvd: Dec 01, 2021                     Form ID: pdf900                          Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2021:

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ryan E. Ross, Valerie J. Ross, 500 Locust Street, Indiana, PA 15701-3022 |

TOTAL: 1

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 03, 2021                 Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Beth L. Slaby | |
| | on behalf of Creditor S&T Bank bslaby@grenenbirsic.com  mcupec@grenenbirsic.com |
| Brian Nicholas | |
| | on behalf of Creditor Harley-Davidson Credit Corp bnicholas@kmllawgroup.com |
| David W. Raphael | |
| | on behalf of Creditor S&T Bank raphaeld@fnb-corp.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Richard G. Allen | |
| | on behalf of Debtor Ryan E. Ross ecf@johnstownbankruptcy.com  mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com |
| Richard G. Allen | |

on behalf of Joint Debtor Valerie J. Ross ecf@johnstownbankruptcy.com
mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 7