IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | Ryan E. Ross and | : | Bankruptcy No. **16-70706-JAD** |
| | Valerie J. Ross | : | |
| | Debtors | : | |
| | | : | |
| | | : | |
| | Valerie J. Ross | : | Chapter **13** |
| | Movant | : | |
| | v. | : | |
| | Diamond Drugs, Inc. | : | |
| | 645 Kolter Drive | : | |
| | Indiana, PA 15701 | : | |
| | Respondent | | |

CERTIFICATE OF SERVICE OF ORDER TERMINATING WAGE ATTACHMENT

I, Richard G. Allen, Esq., Principal Attorney for the Law Offices of Richard G. Allen certify I

am over the age of eighteen years old under penalty of perjury that I served or caused to be

served, on the 4th day of December, 2021, a true and correct copy of the Order dated December

1st, 2021, by First-Class Mail. U.S. Postage paid on the Party below:

Diamond Drugs, Inc.
645 Kolter Drive
Indiana, PA 15701

Executed on December 4th, 2021:       Respectfully Submitted
**/s/ Richard G. Allen, Esq.**
Richard G. Allen
PA I.D. #304865
P.O. Box 401
Delmont, PA 15626
(814) 240-1013 (P)
(814) 806-2754 (F)
Email: richarda@johnstownbankruptcy.com
Attorney for Debtors