Form 408

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Ryan E. Ross**
**Valerie J. Ross**
    Debtor(s)

Bankruptcy Case No.: 16−70706−JAD

Chapter: 13
Docket No.: 140 − 139

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 31st of January, 2022, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 3/21/22.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **3/30/22 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **3/21/22.**

                                                <u>Jeffery A. Deller</u>
                                                United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-70706-JAD |
| Ryan E. Ross | Chapter 13 |
| Valerie J. Ross | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 3 |
| Date Rcvd: Jan 31, 2022 | Form ID: 408 | Total Noticed: 42 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ryan E. Ross, Valerie J. Ross, 500 Locust Street, Indiana, PA 15701-3022 |
| cr | + | S&T Bank, 355 North Fifth Street, Indiana, PA 15701-1940 |
| 14303787 | | Alltran Financial, LP, P.O. Box 4044, Concord, CA 94524-4044 |
| 14303788 | + | Bank Of America, P.O. Box 26012, Greensboro, NC 27420-6012 |
| 14342002 | | Bank Of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14303793 | + | Collection Service Center, P.O. Box 68, Altoona, PA 16603-0068 |
| 14303802 | | DLP, Conemaugh Physician Group, P.O. Box 644633, Pittsburgh, PA 15264-4633 |
| 14303803 | | Elan Financial Service, 4 Station Square Ste 620, Pittsburgh, PA 15219 |
| 14303804 | | Emerald AR Systems, LLC, P.O. Box 845066, Los Angeles, CA 90084-5066 |
| 14319514 | + | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14303806 | + | Indiana Amblatory Surgical Associates, 841 Hospital Road, Indiana, PA 15701-3620 |
| 14303807 | + | Indiana Cardiovascular Specialists, 15 South Eighth Street, Indiana, PA 15701-2776 |
| 14303808 | + | Indiana County Tax Claim Bureau, 825 Philadelphia St, Indiana, PA 15701-3951 |
| 14303809 | | Indiana Regional Imaging, PC, 7 Acee Drive, Natrona Heights, PA 15065-9700 |
| 14303810 | | Indiana Regional Medical Center, P.O. Box 788, Indiana, PA 15701-0788 |
| 14303814 | + | S & T Bank, 800 Philadelphia Street, P.O. Box 190, Indiana, PA 15701-0190 |
| 14312292 | | S&T Bank, c/o David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15207069 | | S&T Bank, c/o Elizabeth L. Slaby, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 14312291 | + | S&T Bank, 355 North 5th Street, Indiana, PA 15701-1940 |
| 14303817 | + | The HMC Group, PO Box 16211, Rocky River, OH 44116-0211 |
| 14303818 | + | The SOS Group, P.O. Box 16211, Rocky River, OH 44116-0211 |
| 14303819 | + | U.S. Bk RMS CC, P.O. Box 108, Saint Louis, MO 63166-0108 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14303789 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 31 2022 23:40:00 | Barclays Bank Delaware, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 15264529 | + | Email/Text: dl-collectionsbankruptcyteam@drivetime.com | Jan 31 2022 23:40:00 | Bridgecrest, 7300 E. Hampton Ave., Ste 101, Mesa, AZ 85209-3324 |
| 14303791 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 31 2022 23:41:24 | Citibank / Sears, Citicorp Credit Services, P.O. Box 790040, Saint Louis, MO 63179-0040 |
| 14303792 | + | Email/Text: mediamanagers@clientservices.com | Jan 31 2022 23:40:00 | Client Services Inc., 3451 Harry S. Truman Blvd., Saint Charles, MO 63301-9816 |
| 14303794 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 31 2022 23:40:00 | Comenity Bank/Bon Ton, 3100 Easton Square Place, Columbus, OH 43219-6232 |
| 14303795 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 31 2022 23:40:00 | Comenity Bank/Fashion Bug, P.O. Box 182125, Columbus, OH 43218-2125 |

| Recip ID | Bypass | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14303796 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 31 2022 23:40:00 | Comenity Bank/GanderMtn., P.O. Box 182125, Columbus, OH 43218-2125 |
| 14303797 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 31 2022 23:40:00 | Comenitycapital/Boscov, Comenity Bank, P.O. Box 182125, Columbus, OH 43218-2125 |
| 14303798 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 31 2022 23:41:00 | Credit Collections Svc., P.O. Box 773, Needham, MA 02494-0918 |
| 14303799 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jan 31 2022 23:40:00 | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 14303800 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jan 31 2022 23:40:00 | Credit Management Co., 2121 Noblestown Rd, P.O. Box 16346, Pittsburgh, PA 15242-0346 |
| 14303801 | + | Email/Text: EBN@thecmigroup.com | Jan 31 2022 23:40:00 | Credit Management, LP, Attn: Bankruptcy, P.O. Box 118288, Carrolton, TX 75011-8288 |
| 14303805 | + | Email/Text: bankruptcy.notices@hdfsi.com | Jan 31 2022 23:40:00 | Harley Davidson Financial, Attention: Bankruptcy, P.O. Box 22048, Carson City, NV 89721-2048 |
| 14319514 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Jan 31 2022 23:40:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14303790 |   | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 31 2022 23:41:18 | Chase Card Services, Attn: Correspondence Dept., P.O. Box 15298, Wilmingotn, DE 19850 |
| 14356718 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 31 2022 23:40:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14346017 |   | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 31 2022 23:41:14 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14309025 |   | Email/Text: bnc-quantum@quantum3group.com | Jan 31 2022 23:40:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14314990 |   | Email/Text: bnc-quantum@quantum3group.com | Jan 31 2022 23:40:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14303815 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 31 2022 23:41:13 | Synchrony Bank/ JC Penneys, P.O. Box 965064, Orlando, FL 32896-5064 |
| 14303816 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 31 2022 23:41:13 | Synchrony Bank/Walmart, P.O. Box 965064, Orlando, FL 32896-5064 |

TOTAL: 21

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Harley-Davidson Credit Corp |
| 14641837 | *+ | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14641885 | *+ | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14303811 | *+ | Indiana Regional Medical Center, P.O. Box 788, Indiana, PA 15701-0788 |
| 14303812 | ##+ | Penn Credit Corporation, 916 S 14th St, Harrisburg, PA 17104-3425 |
| 14303813 | ##+ | S & T Bank, P.O. Box D, Brookeway, PA 15824-0504 |

TOTAL: 1 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0315-7 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 31, 2022 | Form ID: 408 | Total Noticed: 42 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2022   Signature:   /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Beth L. Slaby | on behalf of Creditor S&T Bank bslaby@grenenbirsic.com  mcupec@grenenbirsic.com |
| Brian Nicholas | on behalf of Creditor Harley-Davidson Credit Corp bnicholas@kmllawgroup.com |
| David W. Raphael | on behalf of Creditor S&T Bank raphaeld@fnb-corp.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Richard G. Allen | on behalf of Debtor Ryan E. Ross ecf@johnstownbankruptcy.com  mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com |
| Richard G. Allen | on behalf of Joint Debtor Valerie J. Ross ecf@johnstownbankruptcy.com mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7