**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>RYAN E. ROSS<br>VALERIE J. ROSS<br>        Debtor(s)<br><br>Ronda J. Winnecour<br> Chapter 13 Trustee,<br>        Movant<br>     vs.<br>No Respondents. | Case No.:16-70706 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

   1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
   2. Approve the Trustee's Report of Receipts and Disbursements,
   3. Terminate wage attachments,
   4. Revest property of the estate in the debtor(s), and
   5. Enter a final decree and close this case.

January 26, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 10/10/2016 and confirmed on 11/29/16. The case was subsequently    Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | | |
|---|---:|---:|---:|
| Total Receipts | | | 83,513.00 |
| Less Refunds to Debtor | 2,103.53 | | |
| TOTAL AMOUNT OF PLAN FUND | | | 81,409.47 |
| | | | |
| Administrative Fees | | | |
|   Filing Fee | 0.00 | | |
|   Notice Fee | 0.00 | | |
|   Attorney Fee | 2,000.00 | | |
|   Trustee Fee | 3,867.74 | | |
|   Court Ordered Automotive Insurance | 0.00 | | |
| TOTAL ADMINISTRATIVE FEES | | | 5,867.74 |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| S & T BANK(*)<br>Acct: 0061 | 0.00 | 20,538.74 | 0.00 | 20,538.74 |
| S & T BANK(*)<br>Acct: 0063 | 16,337.32 | 16,337.32 | 0.00 | 16,337.32 |
| S & T BANK(*)<br>Acct: 0061 | 0.00 | 0.00 | 0.00 | 0.00 |
| S & T BANK(*)<br>Acct: 0061 | 7,555.60 | 7,555.60 | 0.00 | 7,555.60 |
| S & T BANK(*)<br>Acct: 0063 | 1,145.91 | 1,145.91 | 0.00 | 1,145.91 |
| INDIANA COUNTY TAX CLAIM BUREAU<br>Acct: 3456 | 1,273.94 | 1,273.94 | 412.25 | 1,686.19 |
| BANK OF AMERICA NA**<br>Acct: 9980 | 14,565.08 | 14,565.08 | 2,385.12 | 16,950.20 |
| HARLEY DAVIDSON CREDIT CORP*<br>Acct: 8722 | 0.00 | 0.00 | 0.00 | 0.00 |
| BANK OF AMERICA NA**<br>Acct: 9980 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 64,213.96 |
| **Priority** | | | | |
| RICHARD G ALLEN ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| RYAN E. ROSS<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| RYAN E. ROSS<br>Acct: | 715.00 | 715.00 | 0.00 | 0.00 |
| RYAN E. ROSS<br>Acct: | 1,388.53 | 1,388.53 | 0.00 | 0.00 |
| LAW OFFICES OF RICHARD G ALLEN<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| RICHARD G ALLEN ESQ<br>Acct: | 2,000.00 | 2,000.00 | 0.00 | 0.00 |
| S & T BANK(*)<br>Acct: 0061 | 1,265.96 | 1,265.96 | 0.00 | 1,265.96 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| S & T BANK(*) | 175.00 | 175.00 | 0.00 | 175.00 |
| Acct: 0063 | | | | |
| S & T BANK(*) | 318.50 | 318.50 | 0.00 | 318.50 |
| Acct: 0061 | | | | |
| S & T BANK(*) | 658.00 | 658.00 | 0.00 | 658.00 |
| Acct: 0061 | | | | |
| S & T BANK(*) | 601.35 | 601.35 | 0.00 | 601.35 |
| Acct: 0061 | | | | |
| S & T BANK(*) | 174.82 | 174.82 | 0.00 | 174.82 |
| Acct: 0061 | | | | |
| BRIDGECREST CREDIT COMPANY LLC | 0.00 | 5,134.00 | 0.00 | 5,134.00 |
| Acct: 9601 | | | | |
| S & T BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0061 | | | | |
| S & T BANK(*) | 527.79 | 527.79 | 0.00 | 527.79 |
| Acct: 0061 | | | | |
| S & T BANK(*) | 489.68 | 489.68 | 0.00 | 489.68 |
| Acct: 0061 | | | | |
| | | | | 9,345.10 |
| **Unsecured** | | | | |
| BANK OF AMERICA NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1225 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 1,396.53 | 139.59 | 0.00 | 139.59 |
| Acct: 0202 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2047 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 2,775.12 | 277.39 | 0.00 | 277.39 |
| Acct: 5225 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 1,522.85 | 152.21 | 0.00 | 152.21 |
| Acct: 8693 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 1,147.43 | 114.69 | 0.00 | 114.69 |
| Acct: 7187 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: SHPQ | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENI | 448.51 | 44.83 | 0.00 | 44.83 |
| Acct: 2014 | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4623 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENI | 3,176.33 | 317.49 | 0.00 | 317.49 |
| Acct: 7481 | | | | |
| QUANTUM3 GROUP LLC - AGENT COMEN | 591.23 | 59.10 | 0.00 | 59.10 |
| Acct: 3908 | | | | |
| CREDIT COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9492 | | | | |
| CREDIT COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5647 | | | | |
| CREDIT COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4663 | | | | |
| CREDIT COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4455 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5248 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9782 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8836 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5250 | | | | |
| CREDIT MANAGEMENT LP++ | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: 1791 | | | | |
| | CREDIT MANAGEMENT LP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5250 | | | | |
| | CREDIT MANAGEMENT LP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9781 | | | | |
| | CREDIT MANAGEMENT LP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9783 | | | | |
| | CREDIT MANAGEMENT LP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9780 | | | | |
| | CREDIT MANAGEMENT LP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6956 | | | | |
| | CREDIT MANAGEMENT LP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6191 | | | | |
| | DLP CPG RURAL HEALTH CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9343 | | | | |
| | ELAN FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4662 | | | | |
| | EMERALD AR SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3925 | | | | |
| | INDIANA AMBULATORY SRGCL ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | INDIANA CARDIOVASCULAR SPECS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0113 | | | | |
| | INDIANA CARDIOVASCULAR SPECS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3819 | | | | |
| | INDIANA REGIONAL IMAGING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7011 | | | | |
| | INDIANA REGIONAL MEDICAL CNTR | 1,536.68 | 153.60 | 0.00 | 153.60 |
| | Acct: 7003 | | | | |
| | INDIANA REGIONAL MEDICAL CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9264 | | | | |
| | INDIANA REGIONAL MEDICAL CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4756 | | | | |
| | INDIANA REGIONAL MEDICAL CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7428 | | | | |
| | INDIANA REGIONAL MEDICAL CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0423 | | | | |
| | INDIANA REGIONAL MEDICAL CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9974 | | | | |
| | PENN CREDIT CORPORATION++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1001 | | | | |
| | S & T BANK(*) | 5,354.19 | 535.17 | 0.00 | 535.17 |
| | Acct: 4726 | | | | |
| | S & T BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5334 | | | | |
| | MIDLAND FUNDING LLC | 480.59 | 48.04 | 0.00 | 48.04 |
| | Acct: 0059 | | | | |
| | MIDLAND FUNDING LLC | 897.79 | 89.74 | 0.00 | 89.74 |
| | Acct: 0759 | | | | |
| | HMC GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3434 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 290.90 | 29.08 | 0.00 | 29.08 |
| | Acct: 5253 | | | | |
| | HARLEY DAVIDSON CREDIT CORP* | 217.49 | 21.74 | 0.00 | 21.74 |
| | Acct: 8722 | | | | |
| | GRENEN & BIRSIC PC (FRMRLY DAVID W | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ALLTRAN FINANCIAL LP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CLIENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   HMC GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   THE SOS GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 1,982.67 |

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 75,541.73 |

TOTAL CLAIMED
PRIORITY         4,211.10
SECURED         40,877.85
UNSECURED      19,835.64


Date: 01/26/2022                                    /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    RYAN E. ROSS
    VALERIE J. ROSS
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:16-70706 JAD

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-70706-JAD |
| Ryan E. Ross | Chapter 13 |
| Valerie J. Ross | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 3 |
| Date Rcvd: Jan 31, 2022 | Form ID: pdf900 | Total Noticed: 42 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ryan E. Ross, Valerie J. Ross, 500 Locust Street, Indiana, PA 15701-3022 |
| cr | + | S&T Bank, 355 North Fifth Street, Indiana, PA 15701-1940 |
| 14303787 | | Alltran Financial, LP, P.O. Box 4044, Concord, CA 94524-4044 |
| 14303788 | + | Bank Of America, P.O. Box 26012, Greensboro, NC 27420-6012 |
| 14342002 | | Bank Of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14303793 | + | Collection Service Center, P.O. Box 68, Altoona, PA 16603-0068 |
| 14303802 | | DLP, Conemaugh Physician Group, P.O. Box 644633, Pittsburgh, PA 15264-4633 |
| 14303803 | | Elan Financial Service, 4 Station Square Ste 620, Pittsburgh, PA 15219 |
| 14303804 | | Emerald AR Systems, LLC, P.O. Box 845066, Los Angeles, CA 90084-5066 |
| 14319514 | + | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14303806 | + | Indiana Amblatory Surgical Associates, 841 Hospital Road, Indiana, PA 15701-3620 |
| 14303807 | + | Indiana Cardiovascular Specialists, 15 South Eighth Street, Indiana, PA 15701-2776 |
| 14303808 | + | Indiana County Tax Claim Bureau, 825 Philadelphia St, Indiana, PA 15701-3951 |
| 14303809 | | Indiana Regional Imaging, PC, 7 Acee Drive, Natrona Heights, PA 15065-9700 |
| 14303810 | | Indiana Regional Medical Center, P.O. Box 788, Indiana, PA 15701-0788 |
| 14303814 | + | S & T Bank, 800 Philadelphia Street, P.O. Box 190, Indiana, PA 15701-0190 |
| 14312292 | | S&T Bank, c/o David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15207069 | | S&T Bank, c/o Elizabeth L. Slaby, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 14312291 | + | S&T Bank, 355 North 5th Street, Indiana, PA 15701-1940 |
| 14303817 | + | The HMC Group, PO Box 16211, Rocky River, OH 44116-0211 |
| 14303818 | + | The SOS Group, P.O. Box 16211, Rocky River, OH 44116-0211 |
| 14303819 | + | U.S. Bk RMS CC, P.O. Box 108, Saint Louis, MO 63166-0108 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14303789 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 31 2022 23:40:00 | Barclays Bank Delaware, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 15264529 | + | Email/Text: dl-collectionsbankruptcyteam@drivetime.com | Jan 31 2022 23:40:00 | Bridgecrest, 7300 E. Hampton Ave., Ste 101, Mesa, AZ 85209-3324 |
| 14303791 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 31 2022 23:41:20 | Citibank / Sears, Citicorp Credit Services, P.O. Box 790040, Saint Louis, MO 63179-0040 |
| 14303792 | + | Email/Text: mediamanagers@clientservices.com | Jan 31 2022 23:40:00 | Client Services Inc., 3451 Harry S. Truman Blvd., Saint Charles, MO 63301-9816 |
| 14303794 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 31 2022 23:40:00 | Comenity Bank/Bon Ton, 3100 Easton Square Place, Columbus, OH 43219-6232 |
| 14303795 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 31 2022 23:40:00 | Comenity Bank/Fashion Bug, P.O. Box 182125, Columbus, OH 43218-2125 |

Case 16-70706-JAD   Doc 142   Filed 02/02/22   Entered 02/03/22 00:28:45   Desc
Imaged Certificate of Notice   Page 8 of 9

| District/off: 0315-7 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 31, 2022 | Form ID: pdf900 | Total Noticed: 42 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14303796 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 31 2022 23:40:00 | | Comenity Bank/GanderMtn., P.O. Box 182125, Columbus, OH 43218-2125 |
| 14303797 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 31 2022 23:40:00 | | Comenitycapital/Boscov, Comenity Bank, P.O. Box 182125, Columbus, OH 43218-2125 |
| 14303798 | + | Email/Text: bankruptcy_notifications@ccsusa.com Jan 31 2022 23:41:00 | | Credit Collections Svc., P.O. Box 773, Needham, MA 02494-0918 |
| 14303799 | + | Email/Text: bdsupport@creditmanagementcompany.com Jan 31 2022 23:40:00 | | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 14303800 | + | Email/Text: bdsupport@creditmanagementcompany.com Jan 31 2022 23:40:00 | | Credit Management Co., 2121 Noblestown Rd, P.O. Box 16346, Pittsburgh, PA 15242-0346 |
| 14303801 | + | Email/Text: EBN@thecmigroup.com Jan 31 2022 23:40:00 | | Credit Management, LP, Attn: Bankruptcy, P.O. Box 118288, Carrolton, TX 75011-8288 |
| 14303805 | + | Email/Text: bankruptcy.notices@hdfsi.com Jan 31 2022 23:40:00 | | Harley Davidson Financial, Attention: Bankruptcy, P.O. Box 22048, Carson City, NV 89721-2048 |
| 14319514 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com Jan 31 2022 23:40:00 | | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14303790 | | Email/PDF: ais.chase.ebn@aisinfo.com Jan 31 2022 23:41:18 | | Chase Card Services, Attn: Correspondence Dept., P.O. Box 15298, Wilmingotn, DE 19850 |
| 14356718 | + | Email/Text: bankruptcydpt@mcmcg.com Jan 31 2022 23:40:00 | | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14346017 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 31 2022 23:41:19 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14309025 | | Email/Text: bnc-quantum@quantum3group.com Jan 31 2022 23:40:00 | | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14314990 | | Email/Text: bnc-quantum@quantum3group.com Jan 31 2022 23:40:00 | | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14303815 | + | Email/PDF: gecsedi@recoverycorp.com Jan 31 2022 23:41:19 | | Synchrony Bank/ JC Penneys, P.O. Box 965064, Orlando, FL 32896-5064 |
| 14303816 | + | Email/PDF: gecsedi@recoverycorp.com Jan 31 2022 23:41:23 | | Synchrony Bank/Walmart, P.O. Box 965064, Orlando, FL 32896-5064 |

TOTAL: 21

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Harley-Davidson Credit Corp |
| 14641837 | *+ | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14641885 | *+ | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14303811 | *+ | Indiana Regional Medical Center, P.O. Box 788, Indiana, PA 15701-0788 |
| 14303812 | ##+ | Penn Credit Corporation, 916 S 14th St, Harrisburg, PA 17104-3425 |
| 14303813 | ##+ | S & T Bank, P.O. Box D, Brookeway, PA 15824-0504 |

TOTAL: 1 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 3 of 3 |
| Date Rcvd: Jan 31, 2022 | Form ID: pdf900 | Total Noticed: 42 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2022           Signature:       /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2022 at the address(es) listed below:**

**Name**              **Email Address**

Beth L. Slaby
                      on behalf of Creditor S&T Bank bslaby@grenenbirsic.com  mcupec@grenenbirsic.com

Brian Nicholas
                      on behalf of Creditor Harley-Davidson Credit Corp bnicholas@kmllawgroup.com

David W. Raphael
                      on behalf of Creditor S&T Bank raphaeld@fnb-corp.com

Office of the United States Trustee
                      ustpregion03.pi.ecf@usdoj.gov

Richard G. Allen
                      on behalf of Debtor Ryan E. Ross ecf@johnstownbankruptcy.com  mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com

Richard G. Allen
                      on behalf of Joint Debtor Valerie J. Ross ecf@johnstownbankruptcy.com mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com

Ronda J. Winnecour
                      cmecf@chapter13trusteewdpa.com

TOTAL: 7