**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Ryan E. Ross | Social Security number or ITIN  xxx–xx–2452 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Valerie J. Ross | Social Security number or ITIN  xxx–xx–0765 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:  16–70706–JAD

# Order of Discharge                                                                                         12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Ryan E. Ross                                                   Valerie J. Ross

3/23/22                                                        **By the court:** <u>Jeffery A. Deller</u>
                                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-70706-JAD |
| Ryan E. Ross | Chapter 13 |
| Valerie J. Ross | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 3 |
| Date Rcvd: Mar 23, 2022 | Form ID: 3180W | Total Noticed: 45 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ryan E. Ross, Valerie J. Ross, 500 Locust Street, Indiana, PA 15701-3022 |
| cr | + | S&T Bank, 355 North Fifth Street, Indiana, PA 15701-1940 |
| 14303787 | | Alltran Financial, LP, P.O. Box 4044, Concord, CA 94524-4044 |
| 14303793 | + | Collection Service Center, P.O. Box 68, Altoona, PA 16603-0068 |
| 14303802 | | DLP, Conemaugh Physician Group, P.O. Box 644633, Pittsburgh, PA 15264-4633 |
| 14303803 | | Elan Financial Service, 4 Station Square Ste 620, Pittsburgh, PA 15219 |
| 14303804 | | Emerald AR Systems, LLC, P.O. Box 845066, Los Angeles, CA 90084-5066 |
| 14303806 | + | Indiana Ambulatory Surgical Associates, 841 Hospital Road, Indiana, PA 15701-3620 |
| 14303807 | + | Indiana Cardiovascular Specialists, 15 South Eighth Street, Indiana, PA 15701-2776 |
| 14303808 | + | Indiana County Tax Claim Bureau, 825 Philadelphia St, Indiana, PA 15701-3951 |
| 14303809 | | Indiana Regional Imaging, PC, 7 Acee Drive, Natrona Heights, PA 15065-9700 |
| 14303810 | | Indiana Regional Medical Center, P.O. Box 788, Indiana, PA 15701-0788 |
| 14303814 | + | S & T Bank, 800 Philadelphia Street, P.O. Box 190, Indiana, PA 15701-0190 |
| 14303813 | + | S & T Bank, P.O. Box D, Brookeway, PA 15824-0504 |
| 14312292 | | S&T Bank, c/o David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15207069 | | S&T Bank, c/o Elizabeth L. Slaby, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 14312291 | + | S&T Bank, 355 North 5th Street, Indiana, PA 15701-1940 |
| 14303817 | + | The HMC Group, PO Box 16211, Rocky River, OH 44116-0211 |
| 14303818 | + | The SOS Group, P.O. Box 16211, Rocky River, OH 44116-0211 |
| 14303819 | + | U.S. Bk RMS CC, P.O. Box 108, Saint Louis, MO 63166-0108 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Mar 24 2022 03:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 23 2022 23:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Mar 24 2022 03:28:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 23 2022 23:28:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 14303788 | + EDI: BANKAMER.COM | Mar 24 2022 03:28:00 | Bank Of America, P.O. Box 26012, Greensboro, NC 27420-6012 |

| Recipient # | | Notice Method | Date/Time | Name/Address |
|---|---|---|---|---|
| 14342002 | | EDI: BANKAMER.COM | Mar 24 2022 03:28:00 | Bank Of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14303789 | + | EDI: TSYS2 | Mar 24 2022 03:28:00 | Barclays Bank Delaware, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 15264529 | + | EDI: DVTM.COM | Mar 24 2022 03:28:00 | Bridgecrest, 7300 E. Hampton Ave., Ste 101, Mesa, AZ 85209-3324 |
| 14303791 | + | EDI: CITICORP.COM | Mar 24 2022 03:28:00 | Citibank / Sears, Citicorp Credit Services, P.O. Box 790040, Saint Louis, MO 63179-0040 |
| 14303792 | + | Email/Text: mediamanagers@clientservices.com | Mar 23 2022 23:28:00 | Client Services Inc., 3451 Harry S. Truman Blvd., Saint Charles, MO 63301-9816 |
| 14303794 | + | EDI: WFNNB.COM | Mar 24 2022 03:28:00 | Comenity Bank/Bon Ton, 3100 Easton Square Place, Columbus, OH 43219-6232 |
| 14303795 | + | EDI: WFNNB.COM | Mar 24 2022 03:28:00 | Comenity Bank/Fashion Bug, P.O. Box 182125, Columbus, OH 43218-2125 |
| 14303796 | + | EDI: WFNNB.COM | Mar 24 2022 03:28:00 | Comenity Bank/GanderMtn., P.O. Box 182125, Columbus, OH 43218-2125 |
| 14303797 | + | EDI: WFNNB.COM | Mar 24 2022 03:28:00 | Comenitycapital/Boscov, Comenity Bank, P.O. Box 182125, Columbus, OH 43218-2125 |
| 14303798 | + | EDI: CCS.COM | Mar 24 2022 03:28:00 | Credit Collections Svc., P.O. Box 773, Needham, MA 02494-0918 |
| 14303799 | + | Email/Text: bdsupport@creditmanagementcompany.com | Mar 23 2022 23:29:00 | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 14303800 | + | Email/Text: bdsupport@creditmanagementcompany.com | Mar 23 2022 23:29:00 | Credit Management Co., 2121 Noblestown Rd, P.O. Box 16346, Pittsburgh, PA 15242-0346 |
| 14303801 | + | EDI: CMIGROUP.COM | Mar 24 2022 03:28:00 | Credit Management, LP, Attn: Bankruptcy, P.O. Box 118288, Carrolton, TX 75011-8288 |
| 14303805 | + | Email/Text: bankruptcy.notices@hdfsi.com | Mar 23 2022 23:29:00 | Harley Davidson Financial, Attention: Bankruptcy, P.O. Box 22048, Carson City, NV 89721-2048 |
| 14319514 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Mar 23 2022 23:28:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14303790 | | EDI: JPMORGANCHASE | Mar 24 2022 03:28:00 | Chase Card Services, Attn: Correspondence Dept., P.O. Box 15298, Wilmingotn, DE 19850 |
| 14356718 | + | EDI: MID8.COM | Mar 24 2022 03:28:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14346017 | | EDI: PRA.COM | Mar 24 2022 03:28:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14309025 | | EDI: Q3G.COM | Mar 24 2022 03:28:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14314990 | | EDI: Q3G.COM | Mar 24 2022 03:28:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14303815 | + | EDI: RMSC.COM | Mar 24 2022 03:28:00 | Synchrony Bank/ JC Penneys, P.O. Box 965064, Orlando, FL 32896-5064 |
| 14303816 | + | EDI: RMSC.COM | Mar 24 2022 03:28:00 | Synchrony Bank/Walmart, P.O. Box 965064, Orlando, FL 32896-5064 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0315-7 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 23, 2022 | Form ID: 3180W | Total Noticed: 45 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Harley-Davidson Credit Corp |
| 14641837 | *+ | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14641885 | *+ | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14303811 | *+ | Indiana Regional Medical Center, P.O. Box 788, Indiana, PA 15701-0788 |
| 14303812 | ##+ | Penn Credit Corporation, 916 S 14th St, Harrisburg, PA 17104-3425 |

TOTAL: 1 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2022                Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Beth L. Slaby | on behalf of Creditor S&T Bank bslaby@grenenbirsic.com mcupec@grenenbirsic.com |
| Brian Nicholas | on behalf of Creditor Harley-Davidson Credit Corp bnicholas@kmllawgroup.com |
| David W. Raphael | on behalf of Creditor S&T Bank raphaeld@fnb-corp.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Richard G. Allen | on behalf of Debtor Ryan E. Ross ecf@johnstownbankruptcy.com mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com |
| Richard G. Allen | on behalf of Joint Debtor Valerie J. Ross ecf@johnstownbankruptcy.com mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7