**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

**DEFAULT O/E JAD**

IN RE:
    RYAN E. ROSS
    VALERIE J. ROSS
        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:16-70706 JAD

Chapter 13

Document No.: 139

FILED
3/23/22 12:41 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**ORDER OF COURT**

    AND NOW, this __23rd__ day of __March__, 20__22__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____jsf
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Ryan E. Ross  
Valerie J. Ross  
    Debtors

Case No. 16-70706-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: auto     Page 1 of 3  
Date Rcvd: Mar 23, 2022     Form ID: pdf900     Total Noticed: 43

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ryan E. Ross, Valerie J. Ross, 500 Locust Street, Indiana, PA 15701-3022 |
| cr | + | S&T Bank, 355 North Fifth Street, Indiana, PA 15701-1940 |
| 14303787 | | Alltran Financial, LP, P.O. Box 4044, Concord, CA 94524-4044 |
| 14303788 | + | Bank Of America, P.O. Box 26012, Greensboro, NC 27420-6012 |
| 14342002 | | Bank Of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14303793 | + | Collection Service Center, P.O. Box 68, Altoona, PA 16603-0068 |
| 14303802 | | DLP, Conemaugh Physician Group, P.O. Box 644633, Pittsburgh, PA 15264-4633 |
| 14303803 | | Elan Financial Service, 4 Station Square Ste 620, Pittsburgh, PA 15219 |
| 14303804 | | Emerald AR Systems, LLC, P.O. Box 845066, Los Angeles, CA 90084-5066 |
| 14303806 | + | Indiana Amblatory Surgical Associates, 841 Hospital Road, Indiana, PA 15701-3620 |
| 14303807 | + | Indiana Cardiovascular Specialists, 15 South Eighth Street, Indiana, PA 15701-2776 |
| 14303808 | + | Indiana County Tax Claim Bureau, 825 Philadelphia St, Indiana, PA 15701-3951 |
| 14303809 | | Indiana Regional Imaging, PC, 7 Acee Drive, Natrona Heights, PA 15065-9700 |
| 14303810 | | Indiana Regional Medical Center, P.O. Box 788, Indiana, PA 15701-0788 |
| 14303814 | + | S & T Bank, 800 Philadelphia Street, P.O. Box 190, Indiana, PA 15701-0190 |
| 14303813 | + | S & T Bank, P.O. Box D, Brookeway, PA 15824-0504 |
| 14312292 | | S&T Bank, c/o David W. Raphael, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 15207069 | | S&T Bank, c/o Elizabeth L. Slaby, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 14312291 | + | S&T Bank, 355 North 5th Street, Indiana, PA 15701-1940 |
| 14303817 | + | The HMC Group, PO Box 16211, Rocky River, OH 44116-0211 |
| 14303818 | + | The SOS Group, P.O. Box 16211, Rocky River, OH 44116-0211 |
| 14303819 | + | U.S. Bk RMS CC, P.O. Box 108, Saint Louis, MO 63166-0108 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14303789 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 23 2022 23:28:00 | Barclays Bank Delaware, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 15264529 | + | Email/Text: dl-collectionsbankruptcyteam@drivetime.com | Mar 23 2022 23:29:00 | Bridgecrest, 7300 E. Hampton Ave., Ste 101, Mesa, AZ 85209-3324 |
| 14303791 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 23 2022 23:33:54 | Citibank / Sears, Citicorp Credit Services, P.O. Box 790040, Saint Louis, MO 63179-0040 |
| 14303792 | + | Email/Text: mediamanagers@clientservices.com | Mar 23 2022 23:28:00 | Client Services Inc., 3451 Harry S. Truman Blvd., Saint Charles, MO 63301-9816 |
| 14303794 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 23 2022 23:28:00 | Comenity Bank/Bon Ton, 3100 Easton Square Place, Columbus, OH 43219-6232 |
| 14303795 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 23 2022 23:28:00 | Comenity Bank/Fashion Bug, P.O. Box 182125, Columbus, OH 43218-2125 |

Case 16-70706-JAD  Doc 149  Filed 03/25/22  Entered 03/26/22 00:25:27  Desc
Imaged Certificate of Notice   Page 3 of 4

| District/off: 0315-7 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 23, 2022 | Form ID: pdf900 | Total Noticed: 43 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14303796 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 23 2022 23:28:00 | Comenity Bank/GanderMtn., P.O. Box 182125, Columbus, OH 43218-2125 |
| 14303797 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 23 2022 23:28:00 | Comenitycapital/Boscov, Comenity Bank, P.O. Box 182125, Columbus, OH 43218-2125 |
| 14303798 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 23 2022 23:29:00 | Credit Collections Svc., P.O. Box 773, Needham, MA 02494-0918 |
| 14303799 | + | Email/Text: bdsupport@creditmanagementcompany.com | Mar 23 2022 23:29:00 | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 14303800 | + | Email/Text: bdsupport@creditmanagementcompany.com | Mar 23 2022 23:29:00 | Credit Management Co., 2121 Noblestown Rd, P.O. Box 16346, Pittsburgh, PA 15242-0346 |
| 14303801 | + | Email/Text: EBN@thecmigroup.com | Mar 23 2022 23:28:00 | Credit Management, LP, Attn: Bankruptcy, P.O. Box 118288, Carrolton, TX 75011-8288 |
| 14303805 | + | Email/Text: bankruptcy.notices@hdfsi.com | Mar 23 2022 23:29:00 | Harley Davidson Financial, Attention: Bankruptcy, P.O. Box 22048, Carson City, NV 89721-2048 |
| 14319514 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Mar 23 2022 23:28:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14303790 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 23 2022 23:34:12 | Chase Card Services, Attn: Correspondence Dept., P.O. Box 15298, Wilmingotn, DE 19850 |
| 14356718 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 23 2022 23:28:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14346017 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 23 2022 23:34:03 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14309025 | | Email/Text: bnc-quantum@quantum3group.com | Mar 23 2022 23:28:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14314990 | | Email/Text: bnc-quantum@quantum3group.com | Mar 23 2022 23:28:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14303815 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 23 2022 23:33:53 | Synchrony Bank/ JC Penneys, P.O. Box 965064, Orlando, FL 32896-5064 |
| 14303816 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 23 2022 23:34:02 | Synchrony Bank/Walmart, P.O. Box 965064, Orlando, FL 32896-5064 |

TOTAL: 21

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Harley-Davidson Credit Corp |
| 14641837 | *+ | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14641885 | *+ | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14303811 | *+ | Indiana Regional Medical Center, P.O. Box 788, Indiana, PA 15701-0788 |
| 14303812 | ##+ | Penn Credit Corporation, 916 S 14th St, Harrisburg, PA 17104-3425 |

TOTAL: 1 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 3 of 3 |
| Date Rcvd: Mar 23, 2022 | Form ID: pdf900 | Total Noticed: 43 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 25, 2022          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2022 at the address(es) listed below:

**Name**          **Email Address**

Beth L. Slaby
    on behalf of Creditor S&T Bank bslaby@grenenbirsic.com  mcupec@grenenbirsic.com

Brian Nicholas
    on behalf of Creditor Harley-Davidson Credit Corp bnicholas@kmllawgroup.com

David W. Raphael
    on behalf of Creditor S&T Bank raphaeld@fnb-corp.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Richard G. Allen
    on behalf of Debtor Ryan E. Ross ecf@johnstownbankruptcy.com  mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com

Richard G. Allen
    on behalf of Joint Debtor Valerie J. Ross ecf@johnstownbankruptcy.com mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7